**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

RFR HOLDING LLC and
CENTURY 21 CHICAGO, LLC
   v.
PONTE GADEA FLORIDA, INC. and
CHICAGO MICHIGAN, LLC,

Case Number:
FILED
MARCH 17, 2008   JH
08 CV 1555
JUDGE ANDERSEN
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RFR HOLDING LLC and CENTURY 21 CHICAGO, LLC

| | |
|---|---|
| NAME (Type or print) <br> LAZAR P. RAYNAL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ LAZAR P. RAYNAL | |
| FIRM <br> MCDERMOTT WILL & EMERY LLP | |
| STREET ADDRESS <br> 227 WEST MONROE STREET, SUITE 4400 | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6199215 | TELEPHONE NUMBER <br> (312) 372-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |