**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| RFR HOLDING LLC and CENTURY 21 CHICAGO, LLC<br>v.<br>PONTE GADEA FLORIDA, INC. and CHICAGO MICHIGAN, LLC, | FILED<br>MARCH 17, 2008   JH<br>08 CV 1555<br>JUDGE ANDERSEN<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RFR HOLDING LLC and CENTURY 21 CHICAGO, LLC

| NAME (Type or print) |
|---|
| JOCELYN D. FRANCOEUR |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ JOCELYN D. FRANCOEUR |

| FIRM |
|---|
| MCDERMOTT WILL & EMERY LLP |

| STREET ADDRESS |
|---|
| 227 WEST MONROE STREET, SUITE 4400 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, ILLINOIS 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6284812 | (312) 372-2000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☑ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐