IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RFR HOLDING LLC and, <br> CENTURY 21 CHICAGO, LLC <br><br> Plaintiffs, <br><br> v. <br><br> PONTE GADEA FLORIDA, INC. and <br> CHICAGO MICHIGAN, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    No.   08 CV 1555 <br> ) <br> ) <br> ) <br> ) <br> ) |

**LOCAL RULE 3.2 DISCLOSURE STATEMENT OF
RFR HOLDING LLC AND CENTURY 21 CHICAGO, LLC**

Plaintiffs RFR Holding LLC ("RFR") and Century 21 Chicago, LLC ("Century 21"), by their undersigned attorneys, state as follows pursuant to local rule 3.2:

Neither RFR nor Century 21 has any publicly-held affiliates.

                                                        Respectfully submitted,

                                                        RFR HOLDINGS LLC
                                                        CENTURY 21 CHICAGO LLC


                                                        By:    /s/ Jocelyn D. Francoeur
                                                               One of their Attorneys

Mark Walfish* (Application for *pro hac vice* admission pending)
KATSKY KORINS LLP
605 Third Avenue
New York, New York 10158-0038
(212) 953-6000

Lazar P. Raynal
Jocelyn D. Francoeur
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois  60606
Telephone: (312) 372-2000

CHI99 4954712-1.052498.0010

## **CERTIFICATE OF SERVICE**

I, Jocelyn D. Francoeur, an attorney, certify that I caused a copy of the foregoing **Local Rule 3.2 Disclosure Statement of RFR Holding LLC and Century 21 Chicago, LLC** to be served on the following via U.S. Mail on this 18th day of March, 2008:

Ponte Gadea Florida, Inc.
c/o Alina L. Rojas
1221 Brickell Avenue, Suite 1080
Miami, FL  33131

Ponte Gadea Florida, Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, NY  10011

Chicago Michigan, LLC
1221 Brickell Avenue, Suite 1080
Miami, FL  33131

Chicago Michigan, LLC
c/o Corpdirect Agents, Inc.
520 S. 2d Street, Suite 403
Springfield, IL  62701

                                              s/     Jocelyn D. Francoeur
                                        Attorney for RFR Holding LLC and Century 21 Chicago, LLC