# Affidavit of Process Server

08CV1555

_BFR Holding LLC, et al._ vs _Ponte Gadea Florida, et al._
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I, **Ernesto Valdes**, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Ponte Gadea Florida, Inc_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)  ☐ Subpoena with $_____ witness fee and mileage

☒ Summons, Complaint & Civil Cover Sheet

by serving (NAME) _Ponte Gadea Florida, Inc._

at ☐ Home _____
☒ Business _1221 Brickell Avenue, #1080, Miami, FL_
☐ on (DATE) _3-2008_ at (TIME) _1:00PM_

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _Lissette Henderson - Employee_
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____, ( ) _____,
( ) _____, ( ) _____, ( ) _____
DATE TIME

**Description:**
☐ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☒ Female   ☐ Black Skin   ☐ Brown Hair   ☐ Balding   ☒ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
        ☐ Yellow Skin   ☒ Blond Hair   ☐ 36-50 Yrs.   ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
        ☐ Brown Skin   ☐ Gray Hair   ☐ Mustache   ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☒ Glasses   ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☐ Over 65 Yrs.   ☐ Over 6'   ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ _Florida_   County of ~~Cook~~ _Broward_

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this _28th_ day of _March_, 20_08_

_Susan Rosenberg_
NOTARY PUBLIC

SUSAN ROSENBERG
MY COMMISSION # DD 675106
EXPIRES: June 25, 2011
Bonded Thru Notary Public Underwriters

_McDermott_

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

RFR HOLDING LLC and
CENTURY 21 CHICAGO, LLC

V.

PONTE GADEA FLORIDA, INC. and
CHICAGO MICHIGAN, LLC,

CASE NUMBER: 08 CV 1555

ASSIGNED JUDGE: JUDGE ANDERSEN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

PONTE GADEA FLORIDA, INC.
c/o ALINA L. ROJAS
1221 BRICKELL AVENUE, SUITE 1080
MIAMI, FL 33131

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOCELYN D. FRANCOEUR
c/o McDERMOTT WILL & EMERY LLP
227 WEST MONROE, SUITE 5200
CHICAGO, ILLINOIS 60606

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Jacqueline Halliman*
(By) DEPUTY CLERK



**March 17, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    _____

    _____

    G  Other (specify): _____

    _____

    _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  *Date*                   *Signature of Server*

                                  _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
----------------------------------------------------------X
RFR HOLDING, LLC and CENTURY 21
CHICAGO, LLC,

       Plaintiff(s),

  -against-

PONTE GADEA FLORIDA, INC. and CHICAGO
MICHIGAN, LLC,

       Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK)
                 S.S.:
COUNTY OF NEW YORK)

Index No. 08 CV 1555

AFFIDAVIT OF SERVICE

      DARRYL A. GREEN, being duly sworn, deposes and says that he is over the age of eighteen years, and he is an agent of LaSalle Process Servers L.P., and is not a party to this action.

      That on the 20th day of March 2008, at approximately 2:50 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT JURY TRIAL DEMANDED ON COUNT 11 AND CIVIL COVER SHEET** upon Ponte Gadea Florida, Inc. c/o CT Corporation System at 111 Eighth Avenue, New York, NY 10011, by personally delivering and leaving the same with Elaine Bou, Process Specialist, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Elaine Bou is a white female, approximately 40 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 130 pounds with blonde hair and brown eyes.

_____
DARRYL A. GREEN #0866535

Sworn to before me this
26th day of March, 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RFR HOLDING, LLC and
CENTURY 21 CHICAGO, LLC

V.

PONTE GADEA FLORIDA, INC. and
CHICAGO MICHIGAN, LLC

CASE NUMBER: 08 CV 1555

ASSIGNED JUDGE: JUDGE ANDERSEN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

PONTE GADEA FLORIDA, INC.
c/o C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NY 10011

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOCELYN D. FRANCOEUR
c/o McDERMOTT WILL & EMERY LLP
227 WEST MONROE, SUITE 5200
CHICAGO, ILLINOIS 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Jacqueline Halleman*
(By) DEPUTY CLERK



March 17, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    _____

    _____

    G  Other (specify): _____

    _____

    _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                   *Date*               *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.