# Affidavit of Process Server

08CV1555

**BFR Holding LLC, et al.** vs **Ponte Gadea Florida, et al.**
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE #

Being duly sworn, on my oath, I **Ernesto Valdes** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Chicago Michigan LLC**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ **Summons, Complaint & Civil Cover Sheet**

by serving (NAME) **Chicago Michigan, LLC**

at ☐ Home _____
☒ Business **1221 Brickell Avenue, Suite 1080, Miami, FL**
☐ on (DATE) **3-20-08** at (TIME) **1:00 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **Lissette Henderson - Employee**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ , ( ) _____
DATE TIME DATE TIME
( ) _____ , ( ) _____ , ( ) _____
DATE TIME DATE TIME DATE TIME

**Description:**
☐ Male ☒ White Skin ☐ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☒ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☒ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☒ Blond Hair ☐ 36-50 Yrs. ☒ 5'4"-5'8" ☒ 131-160 Lbs.
☐ Brown Skin ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6'0" ☐ 161-200 Lbs.
☒ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of ~~Illinois~~ **Florida** County of ~~Cook~~ **Broward**

Subscribed and sworn to before me, a notary public, this **28th** day of **March**, 20**08**

*Susan Rosenberg*
NOTARY PUBLIC

SUSAN ROSENBERG
MY COMMISSION # DD 675106
EXPIRES: June 25, 2011
Bonded Thru Notary Public Underwriters

SERVED BY
LASALLE PROCESS SERVERS

*McDermott*

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RFR HOLDING LLC and
CENTURY 21 CHICAGO, LLC

V.

PONTE GADEA FLORIDA, INC. and
CHICAGO MICHIGAN, LLC,

CASE NUMBER: 08 CV 1555

ASSIGNED JUDGE: JUDGE ANDERSEN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

CHICAGO MICHIGAN, LLC
1221 BRICKELL AVENUE, SUITE 1080
MIAMI, FL 33131

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOCELYN D. FRANCOEUR
c/o McDERMOTT WILL & EMERY LLP
227 WEST MONROE, SUITE 5200
CHICAGO, ILLINOIS 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Jacqueline Hallinan_
**(By) DEPUTY CLERK**

**March 17, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
        discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    _____

    _____

    G  Other (specify): _____

    _____

    _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on _____   _____
                        *Date*                         *Signature of Server*

                                       _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

08CV1555

**RFR Holding LLC, et al** vs **Ponte Gadea Florida, et al**
PLAINTIFF/PETITIONER / DEFENDANT/RESPONDENT / CASE #

Being duly sworn, on my oath, I __Philip Cravens__ declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Chicago/Michigan, LLC__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☒ __Summons, Complaint & Civil Cover Sheet__

by serving (NAME) __Corporate Direct__

at ☐ Home _____
☒ Business __520 S. 2nd, Springfield, IL__
☐ on (DATE) __3-20-08__ at (TIME) __10 20 AM__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Barb Smith  Clerk__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____, ( )_____, ( )_____, ( )_____
        DATE  TIME           DATE  TIME           DATE  TIME           DATE  TIME           DATE  TIME

**Description:**
☐ Male    ☒ White Skin    ☐ Black Hair    ☐ White Hair    ☐ 14-20 Yrs.    ☐ Under 5'    ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin    ☒ Brown Hair    ☐ Balding       ☒ 21-35 Yrs.    ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
          ☐ Yellow Skin   ☐ Blond Hair                    ☐ 36-50 Yrs.    ☒ 5'4"-5'8"   ☒ 131-160 Lbs.
          ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache      ☐ 51-65 Yrs.    ☐ 5'9"-6'0"   ☐ 161-200 Lbs.
☒ Glasses ☐ Red Skin      ☐ Red Hair      ☐ Beard         ☐ Over 65 Yrs.  ☐ Over 6'     ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

_____
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this __30th__ day of __March__, 20__08__

__Tabitha J McGown__
NOTARY PUBLIC

**OFFICIAL SEAL**
**TABITHA J MCGOWN**
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/03/11

McDermott

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

RFR HOLDING, LLC and
CENTURY 21 CHICAGO, LLC

V.

PONTE GADEA FLORIDA, INC. and
CHICAGO MICHIGAN, LLC

CASE NUMBER: 08 CV 1555

ASSIGNED JUDGE: JUDGE ANDERSEN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

CHICAGO MICHIGAN, LLC
c/o CORPDIRECT AGENTS, INC.
520 S. 2D STREET, SUITE 403
SPRINGFIELD, ILLINOIS 62701

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOCELYN D. FRANCOEUR
c/o McDERMOTT WILL & EMERY LLP
227 WEST MONROE, SUITE 5200
CHICAGO, ILLINOIS 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Jacqueline Hallman_
**(By) DEPUTY CLERK**

**March 17, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant.  Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

_____

    G  Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                      Date                *Signature of Server*

_____
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.