## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RFR HOLDING LLC and <br> CENTURY 21 CHICAGO, LLC, <br>         Plaintiffs, <br>     v. <br> PONTE GADEA FLORIDA, INC. and <br> CHICAGO MICHIGAN, LLC, <br>         Defendants. | ) <br> ) <br> ) <br> ) <br> )   No. 08 CV 1555 <br> ) <br> )   Judge Andersen <br> )   Magistrate Judge Cole <br> ) <br> ) <br> ) |

### DEFENDANTS' AGREED MOTION FOR
### EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

NOW COME Defendants Ponte Gadea Florida, Inc. and Chicago Michigan, LLC, by their attorneys, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, move this Court for an extension of time to file their Answer or other response to the Complaint to and including May 9, 2008. In support of their Motion, Defendants state as follows:

1. On March 17, 2008, Plaintiffs filed a Complaint against Defendants.

2. Defendants were served with the Complaint on March 20, 2008.

3. Excluding the day of service, Defendants' Answer or other response to the Complaint is due on April 9, 2008.

4. Due to scheduling conflicts, and to allow Defendants adequate time to confer with their counsel, Defendants' counsel requested a 30-day extension to file Defendants' response to the Complaint.

5. Plaintiffs, through their counsel, agreed to the requested extension.

6. This is the first extension requested by Defendants.

7.      The extension request in made in good faith and is not interposed for the purpose of harassment or delay.

8.      A copy of the Parties' Proposed Order Extending Defendants' Time to Respond to the Complaint is attached hereto as Exhibit A.

WHEREFORE, Defendants Ponte Gadea Florida, Inc. and Chicago Michigan, LLC respectfully request that this Court grant Defendants' Agreed Motion for Extension of Time to File Response to Complaint, and grant Defendants time to file their Answer or other response to the Complaint to and including May 9, 2008.

Dated: April 8, 2008                                    PONTE GADEA FLORIDA, INC. and
                                                        CHICAGO MICHIGAN, LLC


                                                        By:   /s/ Rita M. Alliss Powers
                                                              One of Their Attorneys

Rita M. Alliss Powers, Esq.
Howard K. Jeruchimowitz, Esq.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400

*CHI 57,145,759*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RFR HOLDING LLC and<br>CENTURY 21 CHICAGO, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| | ) | No. 08 CV 1555 |
| v. | )<br>) | |
| | ) | Judge Andersen |
| PONTE GADEA FLORIDA, INC. and<br>CHICAGO MICHIGAN, LLC, | )<br>)<br>) | Magistrate Judge Cole |
| Defendants. | ) | |

**[PROPOSED] AGREED ORDER EXTENDING
DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**

  This matter having come before the Court on Defendants' Agreed Motion for Extension of Time to File Response to Complaint (the "Motion"), and the Motion stating that Plaintiffs have agreed to the requested extension,

  IT IS HEREBY ORDERED that Defendants' time to respond to Plaintiffs' Complaint is extended until May 9, 2008.

ENTERED: _____, 2008

COPIES TRANSMITTED TO: All attorneys of record.

_____
Presiding Judge

**Exhibit A**