UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RFR HOLDING LLC and<br>CENTURY 21 CHICAGO, LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>PONTE GADEA FLORIDA, INC. and<br>CHICAGO MICHIGAN, LLC,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)   No. 08 CV 1555<br>)<br>)   Judge Andersen<br>)   Magistrate Judge Cole<br>)<br>)<br>) |

**DEFENDANT CHICAGO MICHIGAN, LLC'S**
**DISCLOSURE STATEMENT UNDER FED.R.CIV.P. 7.1(a) AND L.R. 3.2**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendant Chicago Michigan, LLC hereby states:

Chicago Michigan, LLC has no publicly held affiliates.

| | |
|---|---|
| Dated: April 8, 2008 | PONTE GADEA FLORIDA, INC. and<br>CHICAGO MICHIGAN, LLC<br><br>By:   /s/ Rita M. Alliss Powers<br>        One of Their Attorneys |

Rita M. Alliss Powers, Esq.
Howard K. Jeruchimowitz, Esq.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400
*CHI 57,148,525*