UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RFR HOLDING LLC and<br>CENTURY 21 CHICAGO, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>)<br>) | No. 08 CV 1555<br><br>Judge Andersen |
| PONTE GADEA FLORIDA, INC. and<br>CHICAGO MICHIGAN, LLC, | )<br>)<br>) | Magistrate Judge Cole |
| Defendants. | ) | |

**DEFENDANT PONTE GADEA FLORIDA, INC.'S
DISCLOSURE STATEMENT UNDER FED.R.CIV.P. 7.1(a) AND L.R. 3.2**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendant Ponte Gadea Florida, Inc. hereby states:

Ponte Gadea Florida, Inc.'s parent corporation is Ponte Gadea, S.L., a Spanish corporation. Ponte Gadea Florida, Inc. has no publicly held affiliates.

Dated: April 8, 2008

PONTE GADEA FLORIDA, INC. and
CHICAGO MICHIGAN, LLC

By:   /s/ Rita M. Alliss Powers
         One of Their Attorneys

Rita M. Alliss Powers, Esq.
Howard K. Jeruchimowitz, Esq.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400
*CHI 57,148,523*