UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RFR HOLDING LLC and<br>CENTURY 21 CHICAGO, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PONTE GADEA FLORIDA, INC. and<br>CHICAGO MICHIGAN, LLC,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　No. 08 CV 1555<br>)<br>)　Judge Andersen<br>)　Magistrate Judge Cole<br>)<br>)<br>) |

**NOTICE OF MOTION**

TO:　Mark Walfish
　　　KATSKY KORINS LLP
　　　605 Third Avenue
　　　New York, New York 10158-0038

　　　Lazar P. Raynal
　　　Jocelyn D. Francoeur
　　　McDERMOTT WILL & EMERY LLP
　　　227 West Monroe Street
　　　Chicago, Illinois 60606

　　　PLEASE TAKE NOTICE that, on Thursday, April 17, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Wayne R. Andersen or any other judge sitting in his stead, in Room 1403 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall present the attached ***DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT***, a copy of which has been previously served upon you.

Dated: April 8, 2008　　　　　　　　　　　　　PONTE GADEA FLORIDA, INC. and
　　　　　　　　　　　　　　　　　　　　　　　　CHICAGO MICHIGAN, LLC


　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Rita M. Alliss Powers
　　　　　　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys

Rita M. Alliss Powers, Esq.
Howard K. Jeruchimowitz, Esq.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 8, 2008, I electronically filed the foregoing ***DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

                                            /s/ Rita M. Alliss Powers

*CHI 57,148,514*