UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RFR HOLDING LLC and<br>CENTURY 21 CHICAGO, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>PONTE GADEA FLORIDA, INC. and<br>CHICAGO MICHIGAN, LLC,<br><br>        Defendants. | No. 08 CV 1555<br><br>Judge Andersen<br>Magistrate Judge Cole |

## NOTICE OF MOTION

TO:    Mark Walfish
KATSKY KORINS LLP
605 Third Avenue
New York, New York 10158-0038

Lazar P. Raynal
Jocelyn D. Francoeur
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606

    PLEASE TAKE NOTICE that, on Thursday, May 15, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Wayne R. Andersen or any other judge sitting in his stead, in Room 1403 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall present the attached *DEFENDANTS' 12(b)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' 12(b)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT,* a copy of which has been previously served upon you.

Dated: May 7, 2008                                       PONTE GADEA FLORIDA, INC. and
                                                                               CHICAGO MICHIGAN, LLC

                                                                                By:   /s/ Rita M. Alliss Powers
                                                                                              One of Their Attorneys

Rita M. Alliss Powers, Esq.
Howard K. Jeruchimowitz, Esq.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400

## CERTIFICATE OF SERVICE

      I hereby certify that on May 7, 2008, I electronically filed the foregoing ***DEFENDANTS' 12(b)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' 12(b)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

                                                                /s/ Rita M. Alliss Powers

*CHI 57,148,514*