

## United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 1555 | **DATE** | 5/23/2008 |
| **CASE TITLE** | RFR Holding LLC et al vs. Ponte Gadea Florida, Inc. Et al | | |

**DOCKET ENTRY TEXT**

Enter agreed order. It is hereby ordered that defendants' motion to dismiss [19] is withdrawn. Plaintiff have until 6/20/2008 to file an amended complaint. Defendants have 30 days from the date of filing to answer or otherwise respond to plaintiffs amended complaint.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: TSA