M HN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RFR HOLDING LLC and, <br> CENTURY 21 CHICAGO, LLC <br><br> Plaintiffs, <br><br> v. <br><br> PONTE GADEA FLORIDA, INC. and <br> CHICAGO MICHIGAN, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No.   08 CV 1555 |

[PROPOSED] AGREED ORDER

Pursuant to Plaintiffs' representation that they intend to file an amended complaint under Federal Rule of Civil Procedure 15(a), IT IS HEREBY ORDERED THAT:

1. Defendants' Motion to Dismiss is withdrawn.

2. Plaintiffs have until June 20, 2008 to file an Amended Complaint.

3. Defendants have 30 days from the date of filing to answer or otherwise respond to Plaintiffs' Amended Complaint.

Dated: May 23, 2008

_____
Honorable Wayne R. Andersen

CHI99 4981752-1.052498.0085

- 1 -