IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RFR HOLDING LLC and, <br> CENTURY 21 CHICAGO, LLC | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | No.   08 CV 1555 |
| v. | ) <br> ) | Hon. Wayne R. Andersen |
| PONTE GADEA FLORIDA, INC. and <br> CHICAGO MICHIGAN, LLC, | ) <br> ) <br> ) | Magistrate Judge Cole |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   See Attached Service List

**PLEASE TAKE NOTICE** that on Thursday, June 19, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Wayne R. Andersen, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present **Plaintiffs' Motion to Disqualify**, a copy of which is hereby served upon you.

Respectfully submitted,

RFR HOLDING LLC
CENTURY 21 CHICAGO LLC

By:   /s/  Mark Walfish
   One of their Attorneys

Mark Walfish (Admitted *pro hac vice*)
KATSKY KORINS LLP
605 Third Avenue
New York, New York 10158-0038
(212) 953-6000

Lazar P. Raynal
Jocelyn D. Francoeur
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois  60606
Telephone: (312) 372-2000

- 2 -

## **CERTIFICATE OF SERVICE**

      I, Mark Walfish, an attorney, certify that on June 13, 2008, I caused a true and complete copy of this **Notice of Motion** to be served via CM/ECF mail upon:

Howard Kevin Jeruchimowitz
Rita M. Alliss Powers
Greenberg Traurig, L.L.P.
77 West Wacker Drive
Suite 2500
Chicago, IL  60601


      And via first-class mail upon:


Hilarie Bass
Greenberg Traurig LLP
1221 Brickell Avenue
Miamia, FL  33131


                                s/ Mark Walfish

CHI99 4993400-1.052498.0085