UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

RFR Holding LLC, et al.
                              Plaintiff,

v.                                             Case No.: 1:08−cv−01555
                                                        Honorable Wayne R. Andersen

Ponte Gadea Florida, Inc, et al.
                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 17, 2008

                                                                                   /s/ Wayne R. Andersen

                                                                              United States District Judge