## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RFR HOLDING LLC and<br>CENTURY 21 CHICAGO, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>PONTE GADEA FLORIDA, INC. and<br>CHICAGO MICHIGAN, LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>No. 08 CV 1555<br><br>Judge Andersen<br>Magistrate Judge Cole |

## NOTICE OF MOTION

TO:    Mark Walfish
        KATSKY KORINS LLP
        605 Third Avenue
        New York, New York 10158-0038

        Lazar P. Raynal
        Jocelyn D. Francoeur
        McDERMOTT WILL & EMERY LLP
        227 West Monroe Street
        Chicago, Illinois 60606

      PLEASE TAKE NOTICE that, on Thursday, July 31, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Wayne R. Andersen or any other judge sitting in his stead, in Room 1403 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall present the attached *DEFENDANTS' 12(b)(6) MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' 12(b)(6) MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT,* a copy of which has been previously served upon you.

Dated: July 21, 2008

                                    PONTE GADEA FLORIDA, INC. and
                                    CHICAGO MICHIGAN, LLC

                                  By:   /s/ Rita M. Alliss Powers
                                           One of Their Attorneys

Rita M. Alliss Powers, Esq.
Howard K. Jeruchimowitz, Esq.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I electronically filed the foregoing ***DEFENDANTS' 12(b)(6) MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' 12(b)(6) MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

_____ /s/ Rita M. Alliss Powers _____

CHI 57,148,514 v3