UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RFR HOLDING LLC and<br>CENTURY 21 CHICAGO, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| | ) | No. 08 CV 1555 |
| v. | )<br>) | |
| | ) | Judge Andersen |
| PONTE GADEA FLORIDA, INC. and<br>CHICAGO MICHIGAN, LLC, | )<br>) | |
| | ) | Magistrate Judge Cole |
| Defendants. | )<br>) | |

## NOTICE OF FILING

TO: Mark Walfish  
KATSKY KORINS LLP  
605 Third Avenue  
New York, New York 10158-0038

Lazar P. Raynal  
Jocelyn D. Francoeur  
McDERMOTT WILL & EMERY LLP  
227 West Monroe Street  
Chicago, Illinois  60606

PLEASE TAKE NOTICE that on Friday, August 1, 2008, we caused to be filed with the United States District Court for the Northern District of Illinois, the attached **RESPONSE TO MOTION TO DISQUALIFY**, a copy of which is attached and hereby served upon you.

Dated: August 1, 2008

PONTE GADEA FLORIDA, INC. and  
CHICAGO MICHIGAN, LLC

By: /s/ Thomas E. Dutton  
One of Their Attorneys

Rita M. Alliss Powers, Esq.  
Howard K. Jeruchimowitz, Esq.  
Thomas E. Dutton, Esq.  
GREENBERG TRAURIG, LLP  
77 West Wacker Drive, Suite 2500  
Chicago, Illinois 60601  
(312) 456-8400

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 1, 2008, I electronically filed the foregoing **RESPONSE TO MOTION TO DISQUALIFY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.


                /s/ Thomas E. Dutton