IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RFR HOLDING LLC and<br>CENTURY 21 CHICAGO, LLC | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 CV 1555 |
| v. | ) ) | Hon. Wayne R. Andersen |
| PONTE GADEA FLORIDA, INC. and<br>CHICAGO MICHIGAN, LLC | ) ) ) ) | Magistrate Judge Cole |
| Defendants. | ) | |

### AFFIDAVIT OF CHERYL B. EDLIN

I, Cheryl B. Edlin, being first duly sworn under oath, deposes and states:

1. I am over the age of 21 and reside in *Miami*, Florida.

2. I have personal knowledge of all of the facts set forth in this Affidavit and would be competent to testify thereto if called upon to do so as a witness.

3. I am a Supervisor in the Intake Department of Greenberg Traurig ("GT") and oversee the process by which new client-matters are opened at the firm.

4. Before GT opens a matter for either a new or an existing client, the GT lawyer seeking to open the file typically completes a "New Business Intake Form."

5. The New Business Intake Form requires disclosure of: (1) "Conflicts Info," including the Name, Position and Relationship of all adverse, related and affected parties in the matter; (2) "Client Info," including the Client Name or Client Number (if an existing client) and the Client Billing Contact; (3) "Matter Info," including a description of the matter, the firm Department and Practice Area, and the Billing, Responsible and Originating Attorneys; and (4) "Matter Billing Info," which specifically allows bills for the particular matter to be sent to an address different from the address of the client.

6.  After the New Business Intake Form is completed, GT's conflicts department performs a database search for possible conflicts. .

7.  Once approved for opening, a new client-matter is assigned a unique client-matter number. Time and expenses are billed to the client-matter number; invoices reference the particular client-matter number; and payments received are matched against the invoices.

Further Affiant Sayeth Not.

*[signature]*

SUBSCRIBED AND SWORN TO BEFORE ME
this 1ST day of AUGUST 2008.

*[signature]*
NOTARY PUBLIC

CHAD CHERNET
MY COMMISSION # DD 481676
EXPIRES: October 16, 2009
Bonded Thru Pichard Insurance Agency