## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RFR HOLDING LLC and<br>CENTURY 21 CHICAGO, LLC | ) )<br>)<br>) | |
| Plaintiffs, | )<br>) | Case No. 08 CV 1555 |
| v. | )<br>) | Hon. Wayne R. Andersen |
| PONTE GADEA FLORIDA, INC. and<br>CHICAGO MICHIGAN, LLC | )<br>)<br>)<br>) | Magistrate Judge Cole |
| Defendants. | ) | |

### AFFIDAVIT OF JERROLD F. GOLDBERG

I, Jerrold F. Goldberg, being first duly sworn under oath, deposes and states:

1.      I am over the age of 21 and reside in Atlantic Beach, New York.

2.      I have personal knowledge of all of the facts set forth in this Affidavit and would be competent to testify thereto if called upon to do so as a witness.

3.      I am a Shareholder in Greenberg Traurig, LLP's ("GT") New York Office.

4.      I have a long-standing attorney-client relationship with RFR Realty LLC ("RFR Realty").

5.      In April 2000, I was engaged by Faye Wright of RFR Realty to "represent RFR Realty in connection with various labor matters." (The Engagement Letter is annexed hereto as Exhibit "A.")

6.      My primary contacts in connection with this relationship have been either Ms. Wright or, more recently, Walter Zimny, who works at RFR Realty.

7.      Since the engagement in 2000, the vast majority of my work has come directly from RFR Realty, and all of the invoices for my work have been sent either to Ms. Wright or to Mr. Zimny at RFR Realty. (The invoices are annexed hereto as Exhibit "B.")

8.    Over the course of my eight year relationship with RFR Realty, I have provided legal services on a "one-off" basis on two or three occasions at the request of Frank Mangieri, general counsel for RFR Holding.

9.    On the rare occasions when he has been involved, Mr. Mangieri's involvement has been in connection with labor and employment matters that do not involve RFR Realty employees.

10.    On each of these two to three occasions, there was no separate or additional engagement letter and I have consistently sent my invoices to Mr. Zimny of RFR Realty.

11.    My most recent work at Mangieri's request (the DeSoto matter) began in January 2008 and concluded as of February 15, 2008, when the employee in question signed the release I prepared.

Further Affiant Sayeth Not.

SUBSCRIBED AND SWORN TO BEFORE ME
this 31st day of July        2008.

NOTARY PUBLIC

LIN ROSE WALKER
Notary Public, State of New York
No. 02WA6070939
Qualified in Queens County
Commission Expires April 21, 2010

# EXHIBIT A



**GREENBERG**
ATTORNEYS AT LAW
**TRAURIG**

Jerrold F. Goldberg
212-801-9209

April 10, 2000

Ms. Faye Wright
RFR Realty
400 Park Avenue
New York, New York 10022

Re:    General employment matters

Dear Ms. Wright:

This will confirm your intention to retain this law firm, and our intention to represent RFR Realty in connection with various labor matters. I appreciate the opportunity to be of assistance to you in connection with your labor and employment law issues. I believe my expertise in this area will enable us to best achieve your objectives.

We will bill on an hourly basis; my hourly rate is currently $360.00. Associates are billed at lesser rates. I would request that you provide us with a retainer of $500.00, which will be applied against time and disbursements; any unused retainer will be returned to you. Our billings for time and disbursements will be on a monthly basis.

04/10/00/NY\GOLDBERG\0147965.01

GREENBERG TRAURIG, LLP
MET LIFE BUILDING
200 PARK AVENUE, NEW YORK, NEW YORK 10166
212-801-9200  FAX 212-801-6400  www.gtlaw.com
MIAMI  NEW YORK  WASHINGTON, D.C.  ATLANTA  PHILADELPHIA  TYSONS CORNER  CHICAGO  BOSTON  PHOENIX  WILMINGTON  LOS ANGELES  DENVER
SÃO PAULO  FORT LAUDERDALE  BOCA RATON  WEST PALM BEACH  ORLANDO  TALLAHASSEE

April 10, 2000
Page 2


If this meets with your understanding and approval, please sign in the space provided below and return a copy of this letter to me. We look forward to being of service to you to achieve your labor and employment law objectives.

Sincerely,

Jerrold F. Goldberg

JFG/ad


**ACKNOWLEDGED AND AGREED:**
RFR Realty

By: _____

RFR REALTY, LLC
AS AGENT

GREENBERG TRAURIG, LLP

# EXHIBIT B

# Greenberg Traurig

Invoice No. : 1797485
File No.    :  041634.010100
Bill Date   :  January 9, 2007

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:   Labor

Legal Services through December 31, 2006:

|  |  |  |
|---|---|---|
| Total Fees: | $ | |
| **Expenses:** | | |
| Total Expenses: | $ | _____ |
| **Total Current Invoice:** | $ | _____ |
| Previous Balance (see attached statement): | $ | |
| **Total Amount Due:** | $ | _____ |

JFG:HR
Tax ID:  13-3613083

# Greenberg Traurig

Invoice No.:  1797485
File No.     :  041634.010100

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                  CITIBANK, F.S.B.
ABA #:
CREDIT TO:           GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:           **CLIENT NAME:**        **RFR REALTY LLC**
                     **FILE NUMBER:**        **041634.010100**
                     **INVOICE NUMBER:**     **1797485***
                     **BILLING
                     PROFESSIONAL:**         **Jerrold F. Goldberg**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:HR
Tax ID:  13-3613083

# Greenberg Traurig

Invoice No.: 1797485
File No.    :    041634.010100

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 12/07/06 | 1778914 | | | | |
| | Totals: | $ | : | | |

REDACTED

DUPLIC... COPY

JFG:HR
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

Invoice No.:    1797485                                                                                    Page  1

Re:            Labor

Matter No.:    041634.010100

<u>Description of Professional Services Rendered</u>

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/05/06 | Jerrold F. Goldberg | Draft severance agreement - Construction Division. | | |
| 12/07/06 | Jerrold F. Goldberg | Calls re Shearin arbitration. | | |
| 12/07/06 | Eric B. Sigda | Telephone call with Nick Bonamo regarding arbitration. Discussion with Jerry Goldberg regarding same. | | |
| 12/14/06 | Eric B. Sigda | Research regarding waiver of grievance. | | |
| 12/21/06 | Eric B. Sigda | Shearin: Attended arbitration and settlement at Realty Board. Telephone call with Walter Zimny regarding same. | | |

Total Time:
Total Fees:

Invoice No.:    1797485                                                    Page 2

Re:             Labor

Matter No.:     041634.010100

<u>Description of Expenses Billed</u>


<u>Description of Expenses Billed:</u>

12/14/06      Westlaw Research by SIGDA,ERIC.                    $
                                                                      _____
                                            Total Expenses:     $

# Greenberg Traurig

Invoice No.:  1815853
File No.    :  041634.010100
Bill Date   :  February 6, 2007

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:   Labor

Legal Services through January 31, 2007:

|                                              |     |          |
| -------------------------------------------- | --- | -------- |
| Total Fees:                                  | $   |          |
| Retainer and Other Credits Applied:          |     |          |
| **Total Current Invoice:**                   | **$** |        |
| Previous Balance (see attached statement):   | $   |          |
| **Total Amount Due:**                        | **$** |        |

JFG:HR
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg Traurig

Invoice No.:   1815853
File No.    :   041634.010100

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                CITIBANK F.S.B.
ABA #:
CREDIT TO:         GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:         **CLIENT NAME:**        **RFR REALTY LLC**
                   **FILE NUMBER:**        **041634.010100**
                   **INVOICE NUMBER:**     **1815853***
                   **BILLING
                   PROFESSIONAL:**         **Jerrold F. Goldberg**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:HR
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg Traurig

Invoice No.:  1815853
File No.    :  041634.010100

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 12/07/06 | 1778914 | | | | |
| 01/09/07 | 1797485 | | | | |
| | Totals: | $ | | | |

REDACTED

JFG:HR
Tax ID:  13-3613083

Invoice No.:    1815853                                                                    Page 1

Re:            Labor

Matter No.:    041634.010100

Description of Professional Services Rendered

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 01/04/07 | Jerrold F. Goldberg | Call W. Zimny re severance issue; corresp. re same. | ( | |
| 01/09/07 | Jerrold F. Goldberg | Draft McIvor agreement; call, corresp. W. Zimny. | ( | |
| 01/16/07 | Jerrold F. Goldberg | Calls, corresp. M. Danow re Montauk Yacht Club agreement, revise contract language. | | |
| 01/23/07 | Jerrold F. Goldberg | Draft McIvor severance agreement; call W. Zimny. | ( | |
| 01/24/07 | Jerrold F. Goldberg | Call, corresp. W. Zimny re McIvor. | | |

Total Time:
Total Fees:

Invoice No.:    1815853

Re:             Labor

Matter No.:     041634.010100

Description of Expenses Billed

Description of Expenses Billed:

Total Expenses:        $

REDACTED

DUPLICATE COPY

# Greenberg Traurig

Invoice No.: 1835732
File No.    :  041634.010100
Bill Date   :  March 7, 2007

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:   Labor

Legal Services through February 28, 2007:

|  |  |  |
|---|---|---|
| Total Fees: | $ |  |
| Expenses: |  |  |
| Total Expenses: | $ |  |
| **Total Current Invoice:** | $ |  |
| Previous Balance (see attached statement): | $ |  |
| **Total Amount Due:** | $ |  |

JFG:HR
Tax ID: 13-3613083

# Greenberg Traurig

Invoice No.: 1835732
File No.    :  041634.010100

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                    CITIBANK, F.S.B.
ABA #:
CREDIT TO:        GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:        **CLIENT NAME:**        **RFR REALTY LLC**
                         **FILE NUMBER:**        **041634.010100**
                         **INVOICE NUMBER:**    **1835732***
                         **BILLING
                         PROFESSIONAL:**        **Jerrold F. Goldberg**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:HR
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg Traurig

Invoice No.: 1835732
File No.  : 041634.010100

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 12/07/06 | 1778914 | | | | |
| 01/09/07 | 1797485 | | | | |
| 02/06/07 | 1815853 | | | | |
| | Totals: | $ | | | |

REDACTED

JFG:HR
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

Invoice No.:    1835732                                                    Page  1

Re:             Labor

Matter No.:     041634.010100

Description of Professional Services Rendered

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 02/01/07 | Jerrold F. Goldberg | Call, corresp. W. Zimny re Greenstein Agreement. | | |
| 02/13/07 | Jerrold F. Goldberg | Call W. Zimny re employee termination. | | |
| 02/14/07 | Jerrold F. Goldberg | Call, corresp. W. Zimny re employee termination. | | |
| 02/22/07 | Jerrold F. Goldberg | Revise Norton agreement; corresp. W. Zimny. | | |

Total Time:
Total Fees:

REDACTED

Invoice No.:     1835732                                                                    Page 2

Re:              Labor

Matter No.:      041634.010100

Description of Expenses Billed

Description of Expenses Billed:

12/31/06     VENDOR: Goldberg, Jerrold INVOICE#: C051000007972070010 DATE:        $
             1/25/2007  TYPE: Cellular Phone; REASON: Client Billable-NY-Labor-
             Shareholder; DATE: 12/31/06 - Telephone calls to client ($1.00 each - 3
             calls, mutiple dates) -- format approved by Jackie Alvarez.          _____

                                                         Total Expenses:      $

DUPLICATE COPY

REDACTED

# Greenberg Traurig

Invoice No.: 1857343
File No.   :  041634.010100
Bill Date  :  April 10, 2007

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:  Labor

Legal Services through March 31, 2007:

| | | |
|---|---|---|
| Total Fees: | $ | |
| **Total Current Invoice:** | **$** | _____ |
| Previous Balance (see attached statement): | $ | |
| **Total Amount Due:** | **$** | _____ |

DUPLICATE COPY

REDACTED

JFG:MS
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg Traurig

Invoice No.:   1857343
File No.    :   041634.010100

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                    CITIBANK, F.S.B.
ABA #:
CREDIT TO:             GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:             CLIENT NAME:        **RFR REALTY LLC**
                       FILE NUMBER:        **041634.010100**
                       INVOICE NUMBER:     **1857343***
                       BILLING
                       PROFESSIONAL:       **Jerrold F. Goldberg**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:MS
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg Traurig

Invoice No.:  1857343
File No.   :  041634.010100

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 12/07/06 | 1778914 | | | | |
| 01/09/07 | 1797485 | | | | |
| 02/06/07 | 1815853 | REDACTED | | | |
| 03/07/07 | 1835732 | | | | |
| | Totals: | $ | | | |

JFG:MS
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

Invoice No.:    1857343                                                      Page  1

Re:          Labor

Matter No.:    041634.010100

<u>Description of Professional Services Rendered</u>

<u>Description of Professional Services Rendered:</u>

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 03/02/07 | Jerrold F. Goldberg | Call re D. Krug. | | |
| 03/05/07 | Jerrold F. Goldberg | Call client re Krug - COBRA issue. | | |
| 03/15/07 | Jerrold F. Goldberg | Draft alternate tuition reimbursement policies, correspondence to client. | | |
| 03/19/07 | Jerrold F. Goldberg | Call W. Zimny; revise tuition policy. | | |
| 03/22/07 | Jerrold F. Goldberg | Draft releases - O'Connell, Browne, calls W. Zimny. | | |
| 03/23/07 | Jerrold F. Goldberg | Call, correspondence re employee severance and releases. | | |
| 03/26/07 | Jerrold F. Goldberg | Draft and revise Hegarty release; correspondence with client. | | |
| 03/30/07 | Jerrold F. Goldberg | Call, correspondence re COBRA issues | | |

Total Time:<br>
Total Fees:

Invoice No.:    1857343                                                   Page  2

Re:            Labor

Matter No.:    041634.010100

<u>Description of Expenses Billed</u>

<u>Description of Expenses Billed:</u>

Total Expenses:        $    —

REDACTED

# Greenberg Traurig

|  |  |  |
|---|---|---|
| Invoice No.: | | 1884657 |
| File No. | : | 041634.010100 |
| Bill Date | : | May 10, 2007 |

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:   Labor

Legal Services through April 30, 2007:

| | | |
|---|---|---|
| Total Fees: | $ | |
| **Total Current Invoice:** | **$** | REDACTED |
| Previous Balance (see attached statement): | $ | |
| **Total Amount Due:** | **$** | |

JFG:HR
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg
# Traurig

Invoice No. :    1884657
File No.    :    041634.010100

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                CITIBANK, F.S.B.
ABA #:
CREDIT TO:         GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:         **CLIENT NAME:**        **RFR REALTY LLC**
                   **FILE NUMBER:**        **041634.010100**
                   **INVOICE NUMBER:**     **1884657***
                   **BILLING**
                   **PROFESSIONAL:**       **Jerrold F. Goldberg**

Wire fees may be assessed by your bank.

* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:HR
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg Traurig

Invoice No.: 1884657
File No.   :  041634.010100

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 12/07/06 | 1778914 | | | | |
| 01/09/07 | 1797485 | | | | |
| 04/10/07 | 1857343 | | | | |
| | Totals: | $ | | | |

REDACTED

DUPLICATE COPY

JFG:HR
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

Invoice No.:     1884657                                                     Page 1

Re:              Labor

Matter No.:      041634.010100

<u>Description of Professional Services Rendered</u>

## Description of Professional Services Rendered:

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 04/19/07 | Jerrold F. Goldberg | Call re O'Connell, Browne. | | |
| 04/20/07 | Jerrold F. Goldberg | Call, corresp. re O'Connell, Browne. | | |
| 04/23/07 | Elisabeth D. Bernard | TC with A. Vann re: N. O'Connell matter; confer with J. Goldberg re: same; draft email memo re: same | | |
| 04/23/07 | Jerrold F. Goldberg | Call, corresp. re O'Connell, Browne. | | |
| 04/24/07 | Elisabeth D. Bernard | Draft letter to A. Browne; revise separation agreement; confer with J. Goldberg and W. Zimny re: same | | |
| 04/24/07 | Jerrold F. Goldberg | Calls, corresp. re response to O'Connell, Browne. | | |
| 04/25/07 | Jerrold F. Goldberg | Call, corresp. re Browne agreement. | | |

Total Time:
Total Fees:

DUPLICATE COPY

REDACTED

Invoice No.:    1884657                                          Page  2

Re:            Labor

Matter No.:    041634.010100

<u>Description of Expenses Billed</u>

<u>Description of Expenses Billed:</u>

Total Expenses:        $

REDACTED

# Greenberg Traurig

Invoice No.: 1902011
File No.    :   041634.010100
Bill Date   :   June 6, 2007

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:   Labor

Legal Services through May 31, 2007:

Total Fees:          $

Expenses:
    Federal Express Charges

Total Expenses:      $

**Current Invoice:**      $

Previous Balance (see attached statement):      $
**Total Amount Due:**      $

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg
# Traurig

Invoice No.:   1902011
File No.    :   041634.010100

| FOR YOUR CONVENIENCE, |
| WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT |
| FOR FEES & COSTS ARE AS FOLLOWS: |

TO:                CITIBANK, F.S.B.
ABA #:
INTERNATIONAL
SWIFT:             CITIUS33
CREDIT TO:         GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:         CLIENT NAME:       **RFR REALTY LLC**
                   FILE NUMBER:       **041634.010100**
                   INVOICE NUMBER:    **1902011***
                   BILLING
                   PROFESSIONAL:      **Jerrold F. Goldberg**
                   Wire fees may be assessed by your bank.
        * If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg Traurig

Invoice No.: 1902011
File No.   : 041634.010100

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 12/07/06 | 1778914 | | | | |
| 01/09/07 | 1797485 | | | | |
| 05/10/07 | 1884657 | | | | |
| | Totals: | $ | | | |

REDACTED

DUPLICATE COPY

JFG:JM
Tax ID: 13-3613083

Invoice No.:    1902011                                                      Page 1
Re:             Labor
Matter No.:     041634.010100

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 05/01/07 | Elisabeth D. Bernard | Review and analyze A. Browne response to severance agreement; confer with J. Goldberg re: same; edit and revise agreement | | |
| 05/02/07 | Elisabeth D. Bernard | Edit and revise Browne severance agreement; draft letter to A. Browne re: same; draft Browne letter of recommendation; TC with W. Zimny re: same; confer with J. Goldberg re: same and re: O'Connell matter | | |
| 05/03/07 | Elisabeth D. Bernard | Edit and revise Browne termination papers; confer with J. Goldberg re: same; draft email to W. Zimny re: same | | |
| 05/03/07 | Jerrold F. Goldberg | Call, corresp. re A. Brown release. | | |
| 05/09/07 | Elisabeth D. Bernard | Edit and revise O'Connell severance agreement, confer with J. Goldberg re; same; draft email re: same | | |
| 05/10/07 | Jerrold F. Goldberg | Call, corresp. W. Zimny re Browne, O'Connell. | | |
| 05/11/07 | Elisabeth D. Bernard | Review Letter from A. Browne; confer with J. Goldberg re: same; TC with A. Browne re: severance agreement and reference letter; edit and revise agreement; draft email re: same; draft letter to A. Brown re: same | | |
| 05/11/07 | Jerrold F. Goldberg | Calls, corresp. W. Zimny re O'Connell, Browne. | | |
| 05/14/07 | Elisabeth D. Bernard | TC with A. Browne re: severance agreement; TC with A. Vann (counsel for Ms. O'Connell) re: severance agreement | | |
| 05/14/07 | Jerrold F. Goldberg | Call W. Zimny re O'Connell, Browne. | | |
| 05/15/07 | Elisabeth D. Bernard | Attend to all matters necessary to forward Browne agreement, including draft letter; TC with A. Browne re: same | | |
| 05/18/07 | Jerrold F. Goldberg | Draft loan agerement; call, corresp. R. Farley. | | |
| 05/23/07 | Elisabeth D. Bernard | TC with A. Browne re: severance | | |
| 05/23/07 | Jerrold F. Goldberg | Call W. Zimny; corresp. re Browne, O'Connell. | | |
| 05/24/07 | Elisabeth D. Bernard | TC with A. Browne | | |
| 05/25/07 | Elisabeth D. Bernard | Attend to all matters necessary to send out A. Browne settlement agreement | | |
| 05/29/07 | Elisabeth D. Bernard | TC with A. Browne re: severance payment and agreement; confer with W. Zimny re: same; attend to matters necessary to provide originals to M. Torres | | |
| 05/29/07 | Jerrold F. Goldberg | Corresp. re O'Connell. | | |
| 05/30/07 | Elisabeth D. Bernard | TC with A. Browne re: severance payment; confer with W. Zimny re: same | | |

Total Time:
Total Fees:

Invoice No.:   1902011                                     Page 2
Re:           Labor
Matter No.:   041634.010100

## Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/11/07 | VENDOR: FedEx INVOICE#: 204638380 DATE: 5/18/2007  Tracking #931435028403; From: Elisabeth D. Bernardesq., Greenberg Traurig 200, 200 Park Ave, New York, NY 10166;  To: Ms. Alexandria Browne, -, 353 Ocean Avenue, Brooklyn, NY 11226 | $ |
| 05/15/07 | VENDOR: FedEx INVOICE#: 204638380 DATE: 5/18/2007  Tracking #931435029741; From: Bernard Elisabeth, Greenberg Traurig 200, 200 Park Ave, New York, NY 10166;  To: Walter Zimny, Rfr Realty, 400 Park Avenue, New York City, NY 10022 | $ |

Total Expenses:   $

DUPLICATE COPY

REDAC...

# Greenberg Traurig

Invoice No.: 1920220
File No.  : 041634.010100
Bill Date  : July 9, 2007

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:  Labor

Legal Services through June 30, 2007:

|  | Total Fees: | $ |
| --- | --- | --- |

Expenses:

|  | Total Expenses: | $ |
| --- | --- | --- |
|  | **Total Current Invoice:** | $ |
| Previous Balance (see attached statement): | | $ |
|  | **Total Amount Due:** | $ |

JFG:HR
Tax ID: 13-3613083

# Greenberg Traurig

Invoice No.: 1920220
File No.  :  041634.010100

## FOR YOUR CONVENIENCE, WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT FOR FEES & COSTS ARE AS FOLLOWS:

TO:                CITIBANK, F.S.B.
ABA #:
INTERNATIONAL
SWIFT:             CITIUS33
CREDIT TO:         GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:         CLIENT NAME:      RFR REALTY LLC
                   FILE NUMBER:      041634.010100
                   INVOICE NUMBER:   1920220*
                   BILLING
                   PROFESSIONAL:     Jerrold F. Goldberg
                   Wire fees may be assessed by your bank.
        * If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:HR
Tax ID: 13-3613083

# Greenberg Traurig

Invoice No.: 1920220
File No.   : 041634.010100

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 12/07/06 | 1778914 | | | | |
| 01/09/07 | 1797485 | | | | |
| 05/10/07 | 1884657 | | | | |
| 06/06/07 | 1902011 | | | | |
| | Totals: | $ | | | |

REDACTED

JFG:HR
Tax ID: 13-3613083

Page 1

Invoice No.: 1920220

Re:        Labor

Matter No.:  041634.010100

Description of Professional Services Rendered

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/04/07 | Elisabeth D. Bernard | Telephone call with A. Browne regarding severance payment; confer with J.Goldberg regarding Nicole O'Connell | ( | |
| 06/06/07 | Jerrold F. Goldberg | Telephone calls and correspondence with W. Zimny regarding O'Connell, McIvor. | ( | |
| 06/07/07 | Elisabeth D. Bernard | Draft letter to A. Vann regarding O'Connell severance agreement; edit and revise same | ( | |
| 06/07/07 | Jerrold F. Goldberg | Correspondence, and telephone call regarding O'Connell; McIvor. | ( | |
| 06/08/07 | Elisabeth D. Bernard | Edit letter to A. Vann; attend to matters necessary to send same | ( | |
| 06/19/07 | Jerrold F. Goldberg | Telephone call with G. O'Brien regarding offer letter; correspondence regarding terms of offer letter. | ( | |
| 06/20/07 | Jerrold F. Goldberg | Telephone call, correspondence with G. O'Brien regarding confidentality agreement. | ( | |
| 06/20/07 | Jerrold F. Goldberg | Telephone call with G. O'Brien. | ( | |
| 06/22/07 | Jerrold F. Goldberg | Telephone call with F. Mangieri. | ( | |
| 06/25/07 | Elisabeth D. Bernard | Review and analyze correspondence from O'Connell counsel, including signed severance agreement; confer with J. Goldberg regarding same; telephone call with A. Vann regarding same | ( | |
| 06/25/07 | Jerrold F. Goldberg | Telephone calls, correspondence with F. Mangieri regarding confidentiality agreement; telephone call with W. Zimny regarding Gottlieb. | ( | |
| 06/29/07 | Jerrold F. Goldberg | Telephone call, correspond regarding Gottlieb. | | |

Total Time:
Total Fees:

DUPLICATE COPY

REDACTED

Invoice No.:    1920220

Re:         Labor

Matter No.:    041634.010100

<u>Description of Expenses Billed</u>

<u>Description of Expenses Billed:</u>

| | | |
|---|---|---|
| 05/25/07 | VENDOR: FedEx INVOICE#: 207090547 DATE: 6/1/2007  Tracking #931435036000; From: Bernard Elisabeth, Greenberg Traurig 200, 200 Park Ave, New York, NY 10166;   To: Ms. Alexandria Browne, -, 353 Ocean Avenue, Brooklyn, NY 11226 | $ |
| 05/29/07 | VENDOR: FedEx INVOICE#: 207090547 DATE: 6/1/2007  Tracking #931435036835; From: Bernard Elisabeth, Greenberg Traurig 200, 200 Park Ave, New York, NY 10166;   To: Maria Torres, Rfr Realty, 400 Park Avenue, New York City, NY 10022 | $ |
| 06/26/07 | | $ |
| | Total Expenses: | $ |

DUPLICATE COPY

REDACTE

# Greenberg Traurig

Invoice No. : 1939845
File No.    : 041634.010100
Bill Date   : August 6, 2007

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:  Labor

Legal Services through July 31, 2007:

Total Fees:    $

Expenses:
    Federal Express Charges

Total Expenses:    $ _____

**Current Invoice:**    $ _____

JFG:JM
Tax ID: 13-3613083

# Greenberg
# Traurig

Invoice No.:  1939845
File No.     :  041634.010100

**FOR YOUR CONVENIENCE,**
**WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT**
**FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                    CITIBANK, F.S.B.
ABA #:
INTERNATIONAL
SWIFT:                 CITIUS33
CREDIT TO:             GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:

| | |
|---|---|
| CLIENT NAME: | **RFR REALTY LLC** |
| FILE NUMBER: | **041634.010100** |
| INVOICE NUMBER: | **1939845*** |
| BILLING PROFESSIONAL: | **Jerrold F. Goldberg** |

Wire fees may be assessed by your bank.

* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:JM
Tax ID: 13-3613083

Invoice No.:     1939845                                                      Page 1
Re:              Labor
Matter No.:      041634.010100

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/02/07 | Jerrold F. Goldberg | Telephone calls with W. Zimny regarding Gottlieb. | | |
| 07/03/07 | Jerrold F. Goldberg | Telephone calls, and correspondence regarding research regarding Gottlieb contact of employees. | | |
| 07/06/07 | Jerrold F. Goldberg | Correspondence with client regarding Gottlieb issue. | | |
| 07/18/07 | Elisabeth D. Bernard | Finalize O'Connell settlement; draft letter to A. Vann regarding same | | |
| 07/19/07 | Jerrold F. Goldberg | Telephone call with W. Zimny - employee issue. | | |

Total Time:
Total Fees:



Invoice No.:     1939845                                             Page  2
Re:              Labor
Matter No.:      041634.010100

Description of Expenses Billed:

DATE          DESCRIPTION                                            AMOUNT

07/18/07      VENDOR: FedEx INVOICE#: 217296696 DATE: 7/27/2007  Tracking      $
              #931435063195; From: Elisabeth D. Bernard esq., Greenberg Traurig 200,
              200 Park Ave, New York, NY 10166;  To: Mr. Avrom Vann, -, 420
              Lexington Avenue, New York, NY 10170
                                                        Total Expenses:     $

REDACTED

# Greenberg Traurig

Invoice No.:   1987985
File No.    :   041634.010100
Bill Date   :   October 8, 2007

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

### INVOICE

Re:   Labor

<u>Legal Services through September 30, 2007</u>:

| | | |
|---|---|---|
| Total Fees: | $ | |
| **Current Invoice:** | $ | **REDACTED** |
| Previous Balance (see attached statement): | $ | |
| **Total Amount Due:** | $ | |

JFG:JM
Tax ID: 13-3613083

# Greenberg Traurig

Invoice No.:   1987985
File No.    :   041634.010100

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                    CITIBANK, F.S.B.
ABA #:
INTERNATIONAL
SWIFT:                 CITIUS33
CREDIT TO:             GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:             CLIENT NAME:      **RFR REALTY LLC**
                       FILE NUMBER:      **041634.010100**
                       INVOICE NUMBER:   **1987985***
                       BILLING
                       PROFESSIONAL:     **Jerrold F. Goldberg**
                   Wire fees may be assessed by your bank.
        * If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:JM
Tax ID: 13-3613083

# Greenberg Traurig

Invoice No.:   1987985
File No.    :   041634.010100

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 08/06/07 | 1939845 | | | | |
| 09/10/07 | 1963919 | | | | |
| | Totals: | $ | | | |

REDACTED

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

Invoice No.:    1987985                                                          Page  1
Re:             Labor
Matter No.:     041634.010100


## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 09/04/07 | Jerrold F. Goldberg | Telephone call and correspondence with C. Rosemarino regarding severance agreement; existing union contracts. | | |
| 09/09/07 | Jerrold F. Goldberg | Review current/prior labor agreements - RFD construction agreements. | | |
| 09/10/07 | Jerrold F. Goldberg | Review RFD construction labor agreements; draft analysis. | | |
| 09/11/07 | Jerrold F. Goldberg | Telephone call, and correspondence with C. Rosemarino regarding construction labor agreements. | | |
| 09/12/07 | Jerrold F. Goldberg | Telephone call with C. Rosemarino. | | |
| 09/16/07 | Jerrold F. Goldberg | Prepare analysis - RFD construction union agreements. | | |
| 09/17/07 | Jerrold F. Goldberg | Telephone call, and correspondence with C. Rosemarino regarding construction union contracts. | | |
| 09/18/07 | Jerrold F. Goldberg | Telephone call and correspondence regarding RFD union contracts; Denis severance and release agreement. | | |
| 09/19/07 | Jerrold F. Goldberg | Correspondence with regarding RFD construction agreements - C. Rosemarino. | | |
| 09/26/07 | Jerrold F. Goldberg | Correspondence wtih C. Rosemarino regarding Dennis release. | | |

REDACTED

Total Time:
Total Fees:

Invoice No.:     1987985                                                    Page 2
Re:             Labor
Matter No.:      041634.010100

<u>Description of Expenses Billed:</u>

<u>DATE</u>          <u>DESCRIPTION</u>                                              <u>AMOUNT</u>

**No expenses charged to this file**

DUPLICATE COPY

# Greenberg Traurig

Invoice No.: 2019944
File No.   :  041634.010100
Bill Date  :  September 10, 2007

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:   Labor

<u>Legal Services through August 31, 2007:</u>

| | | |
|---|---|---|
| Total Fees: | $ | |
| **Current Invoice:** | $ | REDACTED |
| Previous Balance (see attached statement): | $ | |
| **Total Amount Due:** | $ | |

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg
# Traurig

Invoice No.:   2019944
File No.    :   041634.010100

**FOR YOUR CONVENIENCE,**
**WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT**
**FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                   CITIBANK. F.S.B.
ABA #:
INTERNATIONAL
SWIFT:                CITIUS33
CREDIT TO:            GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:            **CLIENT NAME:**        **RFR REALTY LLC**
                      **FILE NUMBER:**        **041634.010100**
                      **INVOICE NUMBER:**     **2019944***
                      **BILLING**
                      **PROFESSIONAL:**       **Jerrold F. Goldberg**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:JM
Tax ID: 13-3613083

# Greenberg Traurig

Invoice No.:  2019944
File No.   :  041634.010100

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 08/06/07 | 1939845 | | | | |
| | Totals: | $ | | | |

REDACTED

DUPLICATE COPY

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

Invoice No.:    2019944
Re:    Labor
Matter No.:    041634.010100

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/22/07 | Jerrold F. Goldberg | Telephone call, and correspondence with C. Rosemarino re severance agreement. | | |

Total Time:
Total Fees:

DUPLICATE COPY

REDACTED

Invoice No.:    2019944
Re:             Labor
Matter No.:     041634.010100

Description of Expenses Billed:

DATE          DESCRIPTION                                                    AMOUNT

**No expenses charged to this file**

DUPLICATE COPY

# Greenberg Traurig

Invoice No.: 2019951
File No.  :  041634.010100
Bill Date :  November 14, 2007

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:  Labor

Legal Services through August 31, 2007:

| | | |
|---|---|---|
| Total Fees: | $ | |
| **Current Invoice:** | $ | |
| Previous Balance (see attached statement): | $ | |
| **Total Amount Due:** | $ | |

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg Traurig

Invoice No.: 2019951
File No.    :  041634.010100

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

| | |
|---|---|
| TO: | CITIBANK, F.S.B. |
| ABA #: | |
| INTERNATIONAL | |
| SWIFT: | CITIUS33 |
| CREDIT TO: | GREENBERG TRAURIG ACCOUNT |
| ACCOUNT #: | |

| | | |
|---|---|---|
| PLEASE | | |
| REFERENCE: | CLIENT NAME: | **RFR REALTY LLC** |
| | FILE NUMBER: | **041634.010100** |
| | INVOICE NUMBER: | **2019951*** |
| | BILLING | |
| | PROFESSIONAL: | **Jerrold F. Goldberg** |

Wire fees may be assessed by your bank.

\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg Traurig

Invoice No.: 2019951
File No.    :  041634.010100

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 08/06/07 | 1939845 | | | | |
| 10/08/07 | 1987985 | | | | |
| | Totals: | $ | | | |

REDACTED

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

Invoice No.:     2019951                                          Page 1
Re:              Labor
Matter No.:      041634.010100

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/13/07 | Jerrold F. Goldberg | PBM Connecticut - Review and revise offer letters - CT employees. | ( | |

Total Time:
Total Fees:

REDACTED

DUPLICATE COPY

Invoice No.:     2019951                                                  Page 2
Re:              Labor
Matter No.:      041634.010100

Description of Expenses Billed:

DATE          DESCRIPTION                                              AMOUNT

**No expenses charged to this file**

DUPLICATE COPY

# Greenberg Traurig

Invoice No. :   2035137
File No.    :   041634.010100
Bill Date   :   December 5, 2007

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:   Labor

Legal Services through November 30, 2007:

Total Fees:          $

Expenses:
   Telephone Expenses

REDACTED

Total Expenses:          $

**Current Invoice:**          $

Previous Balance (see attached statement):    $

**Total Amount Due:**          $

JFG:JM
Tax ID: 13-3613083

# Greenberg Traurig

Invoice No.:   2035137
File No.    :   041634.010100

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                 CITIBANK, F.S.B.
ABA #:
INTERNATIONAL
SWIFT:              CITIUS33
CREDIT TO:          GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:      CLIENT NAME:       **RFR REALTY LLC**
                FILE NUMBER:       **041634.010100**
                INVOICE NUMBER:    **2035137***
                BILLING
                PROFESSIONAL:      **Jerrold F. Goldberg**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:JM
Tax ID: 13-3613083

# Greenberg Traurig

Invoice No.:   2035137
File No.     :   041634.010100

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 08/06/07 | 1939845 | | | | |
| 09/10/07 | 2019944 | | | | |
| 10/08/07 | 1987985 | | | | |
| 11/14/07 | 2019951 | | | | |
| | Totals: $ | | | | |

REDACTED

JFG:JM
Tax ID: 13-3613083

Invoice No.:    2035137
Re:             Labor
Matter No.:     041634.010100

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 11/13/07 | Jerrold F. Goldberg | Telephone call, correspond with M. Torres re: McIvor COBRA issue. | | |

Total Time:
Total Fees:

REDACTED

Invoice No.:     2035137                                                                Page 2
Re:              Labor
Matter No.:      041634.010100

Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/22/07 | VENDOR: Goldberg, Jerrold INVOICE#: C051000007972070018 DATE: 11/28/2007 TYPE: Cellular Phone; REASON: Client Billable-NY-Labor-Shareholder; DATE: 03/22/07 - Telephone call to client.; MERCHANT: Verizon | $ |
| 05/02/07 | VENDOR: Goldberg, Jerrold INVOICE#: C051000007972070018 DATE: 11/28/2007 TYPE: Cellular Phone; REASON: Client Billable-NY-Labor-Shareholder; DATE: 05/02/07 - Telephone call to client.; MERCHANT: Verizon | $ |

Total Expenses:     $

# Greenberg Traurig

Invoice No.: 2078033
File No.   :  041634.010100
Bill Date  :  February 11, 2008

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:   Labor

REDACTED

Legal Services through January 31, 2008:

|  |  |  |
|---|---|---|
| Total Fees: | $ | |
| **Current Invoice:** | **$** | |
| Previous Balance (see attached statement): | $ | |
| **Total Amount Due:** | **$** | |

JFG:JM
Tax ID: 13-3613083

# Greenberg Traurig

Invoice No.: 2078033
File No. : 041634.010100

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

TO: CITIBANK, F.S.B.
ABA #:
INTERNATIONAL
SWIFT: CITIUS33
CREDIT TO: GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE: **CLIENT NAME: RFR REALTY LLC**
**FILE NUMBER: 041634.010100**
**INVOICE NUMBER: 2078033***
**BILLING**
**PROFESSIONAL: Jerrold F. Goldberg**
Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:JM
Tax ID: 13-3613083

# Greenberg Traurig

Invoice No.:   2078033
File No.     :   041634.010100

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 09/10/07 | 2019944 | | | | |
| 10/08/07 | 1987985 | | | | |
| 11/14/07 | 2019951 | | | | |
| | Totals: | $ | | | |

REDACTED

DUPLICATE COPY

JFG:JM
Tax ID: 13-3613083

Invoice No.:    2078033                                                                    Page  1
Re:             Labor
Matter No.:     041634.010100

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/08/08 | Jerrold F. Goldberg | Call, corresp. C. Rosemarino re McLaughlin release. | | ) |
| 01/25/08 | Jerrold F. Goldberg | Call, corresp. W. Zimny re termination of Florida employees. | | ) |
| 01/28/08 | Jerrold F. Goldberg | Call Frank Mangieri re DeSoto. | | ) |
| 01/29/08 | Jerrold F. Goldberg | Corresp. W. Zimny re Florida employee termination payment. | | ( |
| 01/30/08 | Jerrold F. Goldberg | Call, corresp. W. Zimny re Ehrlich release; revise severance and release agreement. | | . |
| 01/31/08 | Jerrold F. Goldberg | Call Frank Mangieri; draft DeSoto release; corresp. client. | ' | |

Total Time:    :
Total Fees:



Invoice No.:    2078033                                                            Page 2
Re:             Labor
Matter No.:     041634.010100

<u>Description of Expenses Billed</u>:

<u>DATE</u>          <u>DESCRIPTION</u>                                              <u>AMOUNT</u>

**<u>No expenses charged to this file</u>**

DUPLICATE COPY

# Greenberg Traurig

Invoice No.:   2095931
File No.    :   041634.010100
Bill Date   :   March 7, 2008

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:   Labor

Legal Services through February 29, 2008:

|  |  |  |
|---|---|---|
| Total Fees: | $ | |
| **Current Invoice:** | **$** | |
| Previous Balance (see attached statement): | $ | |
| **Total Amount Due:** | **$** | |

REDACTED

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg Traurig

Invoice No.:  2095931
File No.   :  041634.010100

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                      CITIBANK. F S.B.
ABA #:
INTERNATIONAL
SWIFT:                   CITIUS33
CREDIT TO:               GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:        **CLIENT NAME:**        **RFR REALTY LLC**
                  **FILE NUMBER:**        **041634.010100**
                  **INVOICE NUMBER:**     **2095931***
                  **BILLING
                  PROFESSIONAL:**         **Jerrold F. Goldberg**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg Traurig

Invoice No.:  2095931
File No.    :  041634.010100

**Account Statement**

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 02/11/08 | 2078033 | | | | |
| | Totals: | $ | | | |

REDACTED

DUPLICATE COPY

JFG:JM
Tax ID: 13-3613083

Page 1

Invoice No.:    2095931
Re:             Labor
Matter No.:     041634.010100

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 02/01/08 | Jerrold F. Goldberg | Call Frank. Mangieri re DeSoto. | | |
| 02/04/08 | Jerrold F. Goldberg | Call, corresp. Frank Mangieri re DeSoto letter. | | |
| 02/08/08 | Jerrold F. Goldberg | Call Frank Mangieri re release. | | |

Total Time:
Total Fees:

DUPLICATE COPY

REDACTED

Invoice No.:     2095931                                                    Page 2
Re:              Labor
Matter No.:      041634.010100

Description of Expenses Billed:

DATE            DESCRIPTION                                              AMOUNT

**No expenses charged to this file**

DUPLICATE COPY

# Greenberg Traurig

Invoice No.:   2120473
File No.    :   041634.010100
Bill Date   :   April 9, 2008

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:   Labor

Legal Services through March 31, 2008:

Total Fees:        $

Expenses:
　　Telephone Expenses

REDACTED

Total Expenses:        $ _____

**Current Invoice:**        $ _____

Previous Balance (see attached statement):        $        2

**Total Amount Due:**        $        2

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg Traurig

Invoice No. :    2120473
File No.    :    041634.010100

**FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                    CITIBANK, F.S.B.
ABA #:
INTERNATIONAL
SWIFT:                CITIUS33
CREDIT TO:            GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:            **CLIENT NAME:**        **RFR REALTY LLC**
                      **FILE NUMBER:**        **041634.010100**
                      **INVOICE NUMBER:**     **2120473***
                      **BILLING
                      PROFESSIONAL:**         **Jerrold F. Goldberg**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg
# Traurig

Invoice No.:  2120473
File No.    :  041634.010100

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 02/11/08 | 2078033 | | | | |
| 03/07/08 | 2095931 | | | | |
| | Totals: | $ | | | |

REDACTED

DUPLICATE COPY

JFG:JM
Tax ID: 13-3613083

Invoice No.:    2120473                                                                Page  1
Re:             Labor
Matter No.:     041634.010100

<u>Description of Professional Services Rendered:</u>

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 03/03/08 | Jerrold F. Goldberg | Call W. Zimny re employee dispute. | — | |

Total Time:
Total Fees:

DUPLICATE COPY

REDACTED

| Invoice No.: | 2120473 | Page 2 |
| Re: | Labor | |
| Matter No.: | 041634.010100 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/22/07 | VENDOR: Goldberg, Jerrold INVOICE#: C051000007972080028 DATE: 3/20/2008<br>TYPE: Cellular Phone; REASON: Client Billable-NY-Labor-Shareholder; DATE: 05/22/07 - Telephone call to client.; MERCHANT: Verizon | $ |
| 07/18/07 | VENDOR: Goldberg, Jerrold INVOICE#: C051000007972080025 DATE: 3/20/2008<br>TYPE: Cellular Phone; REASON: Client Billable-NY-Labor-Shareholder; DATE: 07/18/07 - Telephone call to client.; MERCHANT: Verizon | $ |
| 07/19/07 | VENDOR: Goldberg, Jerrold INVOICE#: C051000007972080025 DATE: 3/20/2008<br>TYPE: Cellular Phone; REASON: Client Billable-NY-Labor-Shareholder; DATE: 07/19/07 - Telephone call to client.; MERCHANT: Verizon | $ |
| 07/26/07 | VENDOR: Goldberg, Jerrold INVOICE#: C051000007972080025 DATE: 3/20/2008<br>TYPE: Cellular Phone; REASON: Client Billable-NY-Labor-Shareholder; DATE: 07/26/07 - Telephone call to client.; MERCHANT: Verizon | $ |
| 07/27/07 | VENDOR: Goldberg, Jerrold INVOICE#: C051000007972080025 DATE: 3/20/2008<br>TYPE: Cellular Phone; REASON: Client Billable-NY-Labor-Shareholder; DATE: 07/27/07 - Telephone call to client.; MERCHANT: Verizon | $ |
| 01/28/08 | VENDOR: Goldberg, Jerrold INVOICE#: C051000007972080027 DATE: 3/20/2008<br>TYPE: Cellular Phone; REASON: Client Billable-NY-Labor-Shareholder; DATE: 01/28/08 - Telephone call to client.; MERCHANT: Verizon | $ |

Total Expenses:  $

# Greenberg Traurig

Invoice No.:   2095931
File No.    :   041634.010100
Bill Date   :   March 7, 2008

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:   Labor

Legal Services through February 29, 2008:

| | | |
|---|---|---|
| Total Fees: | $ | |
| **Current Invoice:** | **$** | |
| Previous Balance (see attached statement): | $ | |
| **Total Amount Due:** | **$** | |

REDACTED

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg Traurig

Invoice No.:  2095931
File No.    :  041634.010100

**FOR YOUR CONVENIENCE,**
**WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT**
**FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                    CITIBANK, F.S.B.
ABA #:
INTERNATIONAL
SWIFT:                 CITIUS33
CREDIT TO:             GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:        **CLIENT NAME:**        **RFR REALTY LLC**
                  **FILE NUMBER:**        **041634.010100**
                  **INVOICE NUMBER:**     **2095931***
                  **BILLING**
                  **PROFESSIONAL:**       **Jerrold F. Goldberg**
                  Wire fees may be assessed by your bank.
   * If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg Traurig

Invoice No.:   2095931
File No.     :   041634.010100

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 02/11/08 | 2078033 | | | | |
| | Totals: | $ | | | |

REDACTED

DUPLIC COPY

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

Invoice No.:　　2095931　　　　　　　　　　　　　　　　　　　　　　　　　Page 1
Re:　　　　　　 Labor
Matter No.:　　 041634.010100

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 02/01/08 | Jerrold F. Goldberg | Call Frank. Mangieri re DeSoto. | | |
| 02/04/08 | Jerrold F. Goldberg | Call, corresp. Frank Mangieri re DeSoto letter. | | |
| 02/08/08 | Jerrold F. Goldberg | Call Frank Mangieri re release. | | |

Total Time:
Total Fees:

DUPLICATE COPY

REDACTED

Invoice No.:    2095931                                           Page  2
Re:             Labor
Matter No.:     041634.010100

<u>Description of Expenses Billed</u>:

<u>DATE</u>        <u>DESCRIPTION</u>                                    <u>AMOUNT</u>

**<u>No expenses charged to this file</u>**

DUPLICATE COPY

# Greenberg Traurig

Invoice No.:   2078033
File No.   :   041634.010100
Bill Date   :   February 11, 2008

RFR Realty LLC
400 Park Avenue
New York, New York 10022

Attn: Walter Zimmy

## INVOICE

Re:   Labor

Legal Services through January 31, 2008:

| | | |
|---|---|---|
| Total Fees: | $ | |
| **Current Invoice:** | **$** | |
| Previous Balance (see attached statement): | $ | |
| **Total Amount Due:** | **$** | |

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg Traurig

Invoice No. :   2078033
File No.    :   041634.010100

> **FOR YOUR CONVENIENCE,**
> **WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT**
> **FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                              CITIBANK, F.S.B.
ABA #:
INTERNATIONAL
SWIFT:                           CITIUS33
CREDIT TO:                       GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:        CLIENT NAME:        **RFR REALTY LLC**
                  FILE NUMBER:        **041634.010100**
                  INVOICE NUMBER:     **2078033***
                  BILLING
                  PROFESSIONAL:       **Jerrold F. Goldberg**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

# Greenberg
# Traurig

Invoice No.:   2078033
File No.    :   041634.010100

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 09/10/07 | 2019944 | | | | |
| 10/08/07 | 1987985 | | | | |
| 11/14/07 | 2019951 | | | | |
| | Totals: | $ | | | |

REDACTED

JFG:JM
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, New York 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

Invoice No.:    2078033                                                    Page  1
Re:             Labor
Matter No.:     041634.010100

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/08/08 | Jerrold F. Goldberg | Call, corresp. C. Rosemarino re McLaughlin release. | | |
| 01/25/08 | Jerrold F. Goldberg | Call, corresp. W. Zimny re termination of Florida employees. | | |
| 01/28/08 | Jerrold F. Goldberg | Call Frank Mangieri re DeSoto. | | |
| 01/29/08 | Jerrold F. Goldberg | Corresp. W. Zimny re Florida employee termination payment. | | |
| 01/30/08 | Jerrold F. Goldberg | Call, corresp. W. Zimny re Ehrlich release; revise severance and release agreement. | | |
| 01/31/08 | Jerrold F. Goldberg | Call Frank Mangieri; draft DeSoto release; corresp. client. | | |

Total Time:
Total Fees:

Invoice No.:    2078033                                                    Page  2
Re:             Labor
Matter No.:     041634.010100

Description of Expenses Billed:

DATE        DESCRIPTION                                                    AMOUNT

**No expenses charged to this file**

DUPLICATE COPY

# Greenberg Traurig

Invoice No.: 2120473
File No.   :  041634.010100
Bill Date  :  April 9, 2008

RFR Realty LLC
400 Park Avenue
New York, New York  10022

Attn: Walter Zimmy

## INVOICE

Re:   Labor

<u>Legal Services through March 31, 2008</u>:

Total Fees:          $

Expenses:
    Telephone Expenses

REDACTED

Total Expenses:      $ _____

**Current Invoice:**      **$** _____

Previous Balance (see attached statement):    $

**Total Amount Due:**      **$** _____

JFG:JM
Tax ID: 13-3613083

# Greenberg Traurig

Invoice No.:  2120473
File No.    :  041634.010100

**FOR YOUR CONVENIENCE,**
**WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT**
**FOR FEES & COSTS ARE AS FOLLOWS:**

TO:                     CITIBANK, F.S.B.
ABA #:
INTERNATIONAL
SWIFT:                  CITIUS33
CREDIT TO:              GREENBERG TRAURIG ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:              CLIENT NAME:          **RFR REALTY LLC**
                        FILE NUMBER:          **041634.010100**
                        INVOICE NUMBER:       **2120473***
                        BILLING
                        PROFESSIONAL:         **Jerrold F. Goldberg**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

JFG:JM
Tax ID: 13-3613083

# Greenberg Traurig

Invoice No.:  2120473
File No.    :  041634.010100

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 02/11/08 | 2078033 | | | | |
| 03/07/08 | 2095931 | | | | |
| | Totals: | $ | | | |

REDACTED

JFG:JM
Tax ID: 13-3613083

| Invoice No.: | 2120473 | Page 1 |
|---|---|---|
| Re: | Labor | |
| Matter No.: | 041634.010100 | |

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/03/08 | Jerrold F. Goldberg | Call W. Zimny re employee dispute. | — | |

Total Time:
Total Fees:

REDACTED

DUPLICATE COPY

| Invoice No.: | 2120473 | Page 2 |
| Re: | Labor | |
| Matter No.: | 041634.010100 | |

<u>Description of Expenses Billed:</u>

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 05/22/07 | VENDOR: Goldberg, Jerrold INVOICE#: C051000007972080028 DATE: 3/20/2008<br>TYPE: Cellular Phone; REASON: Client Billable-NY-Labor-Shareholder; DATE: 05/22/07 - Telephone call to client.; MERCHANT: Verizon | $ |
| 07/18/07 | VENDOR: Goldberg, Jerrold INVOICE#: C051000007972080025 DATE: 3/20/2008<br>TYPE: Cellular Phone; REASON: Client Billable-NY-Labor-Shareholder; DATE: 07/18/07 - Telephone call to client.; MERCHANT: Verizon | $ |
| 07/19/07 | VENDOR: Goldberg, Jerrold INVOICE#: C051000007972080025 DATE: 3/20/2008<br>TYPE: Cellular Phone; REASON: Client Billable-NY-Labor-Shareholder; DATE: 07/19/07 - Telephone call to client.; MERCHANT: Verizon | $ |
| 07/26/07 | VENDOR: Goldberg, Jerrold INVOICE#: C051000007972080025 DATE: 3/20/2008<br>TYPE: Cellular Phone; REASON: Client Billable-NY-Labor-Shareholder; DATE: 07/26/07 - Telephone call to client.; MERCHANT: Verizon | $ |
| 07/27/07 | VENDOR: Goldberg, Jerrold INVOICE#: C051000007972080025 DATE: 3/20/2008<br>TYPE: Cellular Phone; REASON: Client Billable-NY-Labor-Shareholder; DATE: 07/27/07 - Telephone call to client.; MERCHANT: Verizon | $ |
| 01/28/08 | VENDOR: Goldberg, Jerrold INVOICE#: C051000007972080027 DATE: 3/20/2008<br>TYPE: Cellular Phone; REASON: Client Billable-NY-Labor-Shareholder; DATE: 01/28/08 - Telephone call to client.; MERCHANT: Verizon | $ |

Total Expenses:    $

ILLEGIBLE COPY

REDACTED