**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RFR HOLDING LLC and | ) | |
| CENTURY 21 CHICAGO, LLC | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 08 CV 1555 |
| | ) | |
| v. | ) | Hon. Wayne R. Andersen |
| | ) | |
| PONTE GADEA FLORIDA, INC. and | ) | Magistrate Judge Cole |
| CHICAGO MICHIGAN, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF ALEJANDRO RODRIGUEZ**

I, Alejandro Rodriguez, being first duly sworn under oath, deposes and states:

1.       I am over the age of 21 and reside in Hammond, Indiana.

2.       I have personal knowledge of all of the facts set forth in this Affidavit and would be competent to testify thereto if called upon to do so as a witness.

3.       I work in Greenberg Traurig, LLP's ("GT") Accounting Department.

4.       Once a matter is created through GT's Intake system and it has cleared GT's conflict check, the matter is entered into CMS, GT's accounting and billing software program.

5.       CMS allows GT to track all time that is entered or billed to a client-matter.

6.       When GT receives a payment, the payment is entered into a cash receipt module within CMS which allows GT to integrate payments into GT Bill Payment Reports.

7.       GT Bill Payment Reports, grouped by client and matter, and sorted by billing number, contain the following information: (1) The invoice and payment dates; (2) the client-matter names and numbers; (3) the "Payor" name; (4) the Bill number; (5) the check number; (6) the transaction type and date of the transaction (i.e bill, payment, credit, etc.); (7) the amount of fees and costs for each bill; (8) Account Accounts/Receivable (showing how much has been

billed on retainer); and (9) the total amounts billed, paid, credited, adjustments made, and total outstanding balance.

8.    A true and correct copy of the Bill Payment Reports for The W South Beach Hotel & Residences Matters is annexed hereto as Exhibit "A."

9.    A true and correct copy of the Bill Payment Report for the Miami Herald Property matters is annexed hereto as Exhibit "B."[1]

10.    A true and correct copy of the Bill Payment Report for RFR Realty LLC Labor Matters is annexed hereto as Exhibit "C."

11.    A true and correct copy of the Bill Payment Report for the Zoning Matters for Century 21 Department Store, LLC is annexed hereto as Exhibit "D."

Further Affiant Sayeth Not.

SUBSCRIBED AND SWORN TO BEFORE ME
this 1ST day of August 2008.

NOTARY PUBLIC

"OFFICIAL SEAL"
Donna Moy
Notary Public, State of Illinois
My Commission Exp. 10/31/2009

---

[1] The name of the paying entity is redacted to protect the client's confidentiality. If the Court desires, GT can submit unredacted versions in camera.

# EXHIBIT A

Date Printed: 7/2/2008
Page: 1
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**

**Bill Payment Report**
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 068320

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|---|---|---|---|---|---|---|---|---|
| **068320  Edelstein, David** | | | | | | | | |
| **010100  Holiday Inn Ocean/Miami Beach** | | | | | | | | |
| | 1216827 | | Bill | May 13 2004 | | | | |
| Edelstein, David | 1216827 | | Payment | Oct 29 2004 | | | | |
| | | | Balance | | | | | |
| | 1257307 | | Bill | Aug 6 2004 | | | | |
| Edelstein, David | 1257307 | | Payment | Oct 29 2004 | | | | |
| | | | Balance | | | | | |
| | 1278684 | | Bill | Sep 14 2004 | | | | |
| Edelstein, David | 1278684 | | Payment | Oct 29 2004 | | | | |
| | | | Balance | | | | | |
| | 1294555 | | Bill | Oct 11 2004 | | | | |
| Edelstein, David | 1294555 | | Payment | Oct 29 2004 | | | | |
| | | | Balance | | | | | |
| | 1312064 | | Bill | Nov 8 2004 | | | | |
| 2201 Collins Fee LLC | 1312064 | | Payment | Apr 21 2005 | | | | |
| | | | Balance | | | | | |
| | 1330143 | | Bill | Dec 8 2004 | | | | |
| 2201 Collins Fee LLC | 1330143 | | Payment | Apr 21 2005 | | | | |
| | | | Balance | | | | | |
| | 1344913 | | Bill | Jan 11 2005 | | | | |
| 2201 Collins Fee LLC | 1344913 | | Payment | Apr 21 2005 | | | | |
| | | | Balance | | | | | |
| | 1354530 | | Bill | Feb 4 2005 | | | | |
| 2201 Collins Fee LLC | 1354530 | | Payment | Apr 21 2005 | | | | |
| | | | Balance | | | | | |
| | 1382191 | | Bill | Mar 22 2005 | | | | |
| 2201 Collins Fee LLC | 1382191 | | Payment | Apr 21 2005 | | | | |
| | | | Balance | | | | | |
| | 1392357 | | Bill | Apr 11 2005 | | | | |
| 2201 Collins Avenue LLC | 1392357 | | Payment | Jun 9 2005 | | | | |
| | | | Balance | | | | | |
| | 1411109 | | Bill | May 10 2005 | | | | |
| 2201 Collins Avenue LLC | 1411109 | | Payment | Mar 27 2006 | | | | |
| | | | Balance | | | | | |
| | 1427207 | | Bill | Jun 8 2005 | | | | |
| 2201 Collins Avenue LLC | 1427207 | | Payment | Mar 27 2006 | | | | |
| | | | Balance | | | | | |
| | 1441623 | | Bill | Jul 8 2005 | | | | |
| 2201 Collins Avenue LLC | 1441623 | | Payment | Nov 21 2005 | | | | |
| | | | Balance | | | | | |
| | 1459052 | | Bill | Aug 5 2005 | | | | |
| 2201 Collins Avenue LLC | 1459052 | | Payment | Nov 21 2005 | | | | |
| | | | Balance | | | | | |
| | 1478130 | | Bill | Sep 8 2005 | | | | |
| 2201 Collins Avenue LLC | 1478130 | | Payment | Mar 27 2006 | | | | |
| | | | Balance | | | | | |
| | 1506009 | | Bill | Oct 18 2005 | | | | |
| 2201 Collins Avenue LLC | 1506009 | | Payment | Mar 27 2006 | | | | |
| | | | Balance | | | | | |
| | 1521618 | | Bill | Nov 10 2005 | | | | |
| 2201 Collins Avenue LLC | 1521618 | | Payment | Mar 27 2006 | | | | |
| | | | Balance | | | | | |
| | 1539774 | | Bill | Dec 8 2005 | | | | |
| 2201 Collins Avenue LLC | 1539774 | | Payment | Jan 26 2007 | | | | |
| | | | Balance | | | | | |
| | 1562004 | | Bill | Jan 18 2006 | | | | |
| | 1562004 | | Credit Applied | May 31 2006 | | | | |
| 2201 Collins Avenue LLC | 1562004 | | Payment | Jan 26 2007 | | | | |
| | | | Balance | | | | | |
| | 1579403 | | Bill | Feb 15 2006 | | | | |
| 2201 Collins Avenue LLC | 1579403 | | Payment | Jan 26 2007 | | | | |
| | | | Balance | | | | | |
| | 1599394 | | Bill | Mar 17 2006 | | | | |
| 220 Collins Avenue LLC | 1599394 | | Payment | Jun 1 2006 | | | | |

REDACTED

Date Printed: 7/2/2008
Page: 2
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**

**Bill Payment Report**

Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 068320

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|---|---|---|---|---|---|---|---|---|
| | | | Balance | | | | | |
| 2201 Collins Avenue LLC | 1611201 1611201 | | Bill Payment Balance | Apr 11 2006 Jan 26 2007 | | | | |
| 2201 Collins Avenue LLC | 1633685 1633685 | | Bill Payment Balance | May 9 2006 Aug 11 2006 | | | | |
| 2201 Collins Avenue LLC | 1658694 1658694 | | Bill Payment Balance | Jun 12 2006 Aug 28 2006 | | | | |
| 2201 Collins Avenue LLC | 1671839 1671839 | | Bill Payment Balance | Jul 10 2006 Sep 15 2006 | | | | |
| 2201 Collins Avenue LLC | 1691918 1691918 | | Bill Payment Balance | Aug 7 2006 Sep 15 2006 | | | | |
| 2201 Collins Ave LLC | 1722007 1722007 | | Bill Payment Balance | Sep 20 2006 Dec 7 2006 | | | | |
| 2201 Collins Ave LLC | 1738119 1738119 | | Bill Payment Balance | Oct 12 2006 Dec 7 2006 | | | | |
| 2201 Collins Avenue LLC | 1755316 1755316 | | Bill Payment Balance | Nov 8 2006 Jan 26 2007 | | | | |
| 2201 Collins Avenue LLC | 1773161 1773161 | | Bill Payment Balance | Dec 5 2006 Dec 29 2006 | | | | |
| 2201 Collins Avenue LLC | 1805575 1805575 | | Bill Payment Balance | Jan 17 2007 Mar 5 2007 | | | | |
| 2201 Collins Avenue LLC | 1824373 1824373 | | Bill Payment Balance | Feb 14 2007 May 7 2007 | | | | |
| 2201 Collins Avenue LLC | 1839451 1839451 | | Bill Payment Balance | Mar 9 2007 May 7 2007 | | | | |
| 2201 Collins Avenue LLC | 1856114 1856114 1856114 | | Bill Credit Applied Payment Balance | Apr 9 2007 Apr 9 2007 Jun 4 2007 | | | | |
| 2201 Collins Avenue LLC | 1875012 1875012 | | Bill Payment Balance | May 4 2007 Jul 9 2007 | | | | |
| 2201 Collins Avenue, LLC | 1896319 1896319 | | Bill Payment Balance | Jun 4 2007 Aug 8 2007 | | | | |
| 2201 Collins Avenue LLC | 1925393 1925393 | | Bill Payment Balance | Jul 11 2007 Aug 31 2007 | | | | |
| | 1951787 | | Bill Balance | Aug 16 2007 | | | | |
| 2201 Collins Avenue | 1972815 1972815 | | Bill Payment Balance | Sep 19 2007 Nov 1 2007 | | | | |
| 2201 Collins Avenue LLC | 1989093 1989093 | | Bill Payment Balance | Oct 9 2007 Jan 8 2008 | | | | |
| | 2011717 | | Bill Balance | Nov 9 2007 | | | | |
| | 2027720 | | Bill Balance | Dec 3 2007 | | | | |
| 2201 Collins Avenue, LLC | 2054517 2054517 | | Bill Payment | Jan 9 2008 Mar 3 2008 | | | | |

REDACTED

Date Printed: 7/2/2008
Page: 3
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**
**Bill Payment Report**
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 068320

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|---|---|---|---|---|---|---|---|---|
| | | | Balance | | | | | |
| 2201 Collins Avenue | 2100855 2100855 | | Bill Payment Balance | Mar 12 2008 May 2 2008 | | | | |
| 2201 Collins Avenue LLC | 2114704 2114704 | | Bill Payment Balance | Apr 4 2008 Jun 9 2008 | | | | |
| | 2137935 | | Bill Balance | May 5 2008 | | | | |
| | 2165266 | | Bill Balance | Jun 6 2008 | | | | |

**010100 Totals**
Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

**010200 Beachwalk Permit**

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|---|---|---|---|---|---|---|---|---|
| | 2054603 | | Bill Balance | Jan 9 2008 | | | | |
| 2201 Collins Avenue | 2080034 2080034 | | Bill Payment Balance | Feb 12 2008 May 2 2008 | | | | |
| 2201 Collins Avenue | 2100876 2100876 | | Bill Payment Balance | Mar 12 2008 May 2 2008 | | | | |
| | 2114758 | | Bill Balance | Apr 4 2008 | | | | |
| | 2137872 | | Bill Balance | May 5 2008 | | | | |
| | 2165285 | | Bill Balance | Jun 6 2008 | | | | |

REDACTED

**010200 Totals**
Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

**Edelstein, David Totals**
Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

**Report Totals:**
Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

Date Printed: 7/2/2008
Page: 1
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**

Bill Payment Report
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 084220

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|---|---|---|---|---|---|---|---|---|
| **084220 2201 Collins Fee LLC** | | | | | | | | |
| **010000 South Beach Condominium Hotel Documents** | | | | | | | | |
| | 1377071 | | Bill | Mar 11 2005 | | | | |
| 2201 Collins Fee LLC | 1377071 | | Payment | Apr 21 2005 | | | | |
| | | | Balance | | | | | |
| | 1414602 | | Bill | May 13 2005 | | | | |
| 2201 Collins Fee LLC | 1414602 | | Payment | Nov 18 2005 | | | | |
| | | | Balance | | | | | |
| | 1436814 | | Bill | Jun 24 2005 | | | | |
| 2201 Collins Fee LLC | 1436814 | | Payment | Nov 18 2005 | | | | |
| | | | Balance | | | | | |
| | 1471608 | | Bill | Aug 23 2005 | | | | |
| 2201 Collins Fee LLC | 1471608 | | Payment | Nov 18 2005 | | | | |
| | | | Balance | | | | | |
| | 1541605 | | Bill | Dec 9 2005 | | | | |
| 2201 Collins Fee LLC | 1541605 | | Payment | Feb 27 2006 | | | | |
| | | | Balance | | | | | |
| | 1576754 | | Bill | Feb 13 2006 | | | | |
| 2201 Collins Fee LLC | 1576754 | | Payment | Apr 28 2006 | | | | |
| | | | Balance | | | | | |
| | 1605256 | | Bill | Mar 31 2006 | | | | |
| 2201 Collins Avenue LLC | 1605256 | | Payment | Aug 11 2006 | | | | |
| | | | Balance | | | | | |
| | 1686422 | | Bill | Jul 26 2006 | | | | |
| 2201 Collins Avenue LLC | 1686422 | | Payment | Sep 15 2006 | | | | |
| | | | Balance | | | | | |
| | 1718735 | | Bill | Sep 14 2006 | | | | |
| 2201 Collins Avenue LLC | 1718735 | | Payment | Dec 7 2006 | | | | |
| | | | Balance | | | | | |
| | 1745158 | | Bill | Oct 25 2006 | | | | |
| 2201 Collins Ave LLC | 1745158 | | Payment | Dec 7 2006 | | | | |
| | | | Balance | | | | | |
| | 1766134 | | Bill | Nov 20 2006 | | | | |
| 2201 Collins Avenue LLC | 1766134 | | Payment | Jan 26 2007 | | | | |
| | | | Balance | | | | | |
| | 1780344 | | Bill | Dec 7 2006 | | | | |
| 2201 Collins Avenue LLC | 1780344 | | Payment | Jan 26 2007 | | | | |
| | | | Balance | | | | | |
| | 1810631 | | Bill | Jan 29 2007 | | | | |
| 2201 Collins Avenue LLC | 1810631 | | Payment | Apr 2 2007 | | | | |
| | | | Balance | | | | | |
| | 1827550 | | Bill | Feb 21 2007 | | | | |
| 2201 Collins Avenue LLC | 1827550 | | Payment | May 7 2007 | | | | |
| | | | Balance | | | | | |
| | 1849101 | | Bill | Mar 28 2007 | | | | |
| | 1849101 | | Credit Applied | Dec 27 2007 | | | | |
| | | | Balance | | | | | |
| | 1866375 | | Bill | Apr 20 2007 | | | | |
| | | | Balance | | | | | |
| | 1888796 | | Bill | May 17 2007 | | | | |
| 2201 Collins Avenue LLC | 1888796 | | Payment | Jul 9 2007 | | | | |
| | | | Balance | | | | | |
| | 1936316 | | Bill | Jul 27 2007 | | | | |
| 2201 Collins Avenue, LLC | 1936316 | | Payment | Oct 8 2007 | | | | |
| | | | Balance | | | | | |
| | 1951394 | | Bill | Aug 16 2007 | | | | |
| 2201 Collins Avenue, LLC | 1951394 | | Payment | Oct 8 2007 | | | | |
| | | | Balance | | | | | |
| | 1977586 | | Bill | Sep 26 2007 | | | | |
| 2201 Collins Avenue LLC | 1977586 | | Payment | Jan 8 2008 | | | | |
| | | | Balance | | | | | |
| | 1995574 | | Bill | Oct 16 2007 | | | | |
| 2201 Collins Avenue LLC | 1995574 | | Payment | Jan 8 2008 | | | | |
| | | | Balance | | | | | |
| | 2015119 | | Bill | Nov 9 2007 | | | | |

REDACTED

Date Printed: 7/2/2008
Page: 2
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**

**Bill Payment Report**
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 084220

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|---|---|---|---|---|---|---|---|---|
| 2201 Collins Avenue LLC | 2015119 | | Payment Balance | Jan 8 2008 | | | | |
| 2201 Collins Avenue, LLC | 2036360 2036360 | | Bill Payment Balance | Dec 5 2007 Feb 13 2008 | | | | |
| 2201 Collins Fee LLC | 2083137 2083137 | | Bill Payment Balance | Feb 15 2008 Apr 11 2008 | | | | |
| 2201 Collins Avenue LLC | 2109599 2109599 | | Bill Payment Balance | Mar 24 2008 Jun 9 2008 | | | | |
| | 2122798 | | Bill Balance | Apr 10 2008 | | | | |
| | 2144029 | | Bill Balance | May 8 2008 | | | | |
| | 2174933 | | Bill Balance | Jun 13 2008 | | | | |

**010000 Totals**

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

REDACTED

**010100 2201 Collins Avenue Condo Sales and Cont**

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|---|---|---|---|---|---|---|---|---|
| 2201 Collins Avenue LLC | 1605275 1605275 | | Bill Payment Balance | Mar 31 2006 Aug 11 2006 | | | | |
| 2201 Collins Avenue LLC | 1642747 1642747 | | Bill Payment Balance | May 18 2006 Aug 28 2006 | | | | |
| | 1686462 | | Bill Balance | Jul 26 2006 | | | | |
| 2201 Collins Ave LLC | 1718780 1718780 | | Bill Payment Balance | Sep 14 2006 Dec 7 2006 | | | | |
| 2201 Collins Ave LLC | 1745193 1745193 | | Bill Payment Balance | Oct 25 2006 Dec 7 2006 | | | | |
| 2201 Collins Avenue LLC | 1764462 1764462 | | Bill Payment Balance | Nov 15 2006 Dec 29 2006 | | | | |
| 2201 Collins Avenue LLC | 1780384 1780384 | | Bill Payment Balance | Dec 7 2006 Jan 26 2007 | | | | |
| 2201 Collins Avenue LLC | 1810646 1810646 | | Bill Payment Balance | Jan 29 2007 Apr 2 2007 | | | | |
| 2201 Collins Avenue LLC | 1827571 1827571 | | Bill Payment Balance | Feb 21 2007 May 7 2007 | | | | |
| | 1849114 | | Bill Balance | Mar 28 2007 | | | | |
| 2201 Collins Avenue LLC | 1888819 1888819 | | Bill Payment Balance | May 17 2007 Jul 9 2007 | | | | |
| 2201 Collins Avenue, LLC | 1936337 1936337 | | Bill Payment Balance | Jul 27 2007 Oct 8 2007 | | | | |
| 2201 Collins Avenue, LLC | 1951406 1951406 | | Bill Payment Balance | Aug 16 2007 Oct 8 2007 | | | | |
| 2201 Collins Avenue LLC | 1977604 1977604 | | Bill Payment | Sep 26 2007 Jan 8 2008 | | | | |

Date Printed: 7/2/2008
Page: 3
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**

Bill Payment Report
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 084220

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|---|---|---|---|---|---|---|---|---|
| | | | Balance | | | | | |
| 2201 Collins Avenue LLC | 1995593 1995593 | | Bill Payment Balance | Oct 16 2007 Jan  8 2008 | | | | |
| 2201 Collins Avenue LLC | 2015141 2015141 | | Bill Payment Balance | Nov  9 2007 Jan  8 2008 | | | | |
| 2201 Collins Avenue, LLC | 2036374 2036374 | | Bill Payment Balance | Dec  5 2007 Feb 13 2008 | | | | |
| 2201 Collins Fee LLC | 2083139 2083139 | | Bill Payment Balance | Feb 15 2008 Apr 11 2008 | | | | |
| 2201 Collins Avenue LLC | 2109616 2109616 | | Bill Payment Balance | Mar 24 2008 Jun  9 2008 | | | | |
| | 2122821 | | Bill Balance | Apr 10 2008 | | | | |
| | 2144058 | | Bill Balance | May  8 2008 | | | | |
| | 2174976 | | Bill Balance | Jun 13 2008 | | | | |

REDACTED

010100 Totals

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

010200  Kuish sale to Still Waters

| | 1828661 1828661 | | Bill Credit Applied Balance | Feb 22 2007 Feb 22 2007 | | | | |
| | 2049727 2049727 | | Bill Credit Applied Balance | Dec 28 2007 Dec 28 2007 | | | | |

010200 Totals

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

2201 Collins Fee LLC Totals

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

Report Totals:

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

# EXHIBIT B

Date Printed: 7/2/2008
Page: 1
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**

**Bill Payment Report**
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 084164

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|-------|----------|--------|------------------|------|------|-------|-------|-------------|
| | 1365951 | | Bill | Feb 22 2005 | | | | |
| | 1365951 | | Payment | Jun 24 2005 | | | | |
| | | | Balance | | | | | |
| | 1382832 | | Bill | Mar 24 2005 | | | | |
| | 1382832 | | Payment | Jun 24 2005 | | | | |
| | | | Balance | | | | | |
| | 1402885 | | Bill | Apr 29 2005 | | | | |
| | 1402885 | | Payment | Oct 13 2005 | | | | |
| | | | Balance | | | | | |
| | 1414885 | | Bill | May 13 2005 | | | | |
| | 1414885 | | Payment | Jul  8 2005 | | | | |
| | | | Balance | | | | | |
| | 1424620 | | Bill | Jun  7 2005 | | | | |
| | 1424620 | | Payment | Jul  8 2005 | | | | |
| | | | Balance | | | | | |
| | 1451204 | | Bill | Jul 20 2005 | | | | |
| | 1451204 | | Payment | Oct 13 2005 | | | | |
| | | | Balance | | | | | |
| | 1461934 | | Bill | Aug  9 2005 | | | | |
| | 1461934 | | Payment | Oct 13 2005 | | | | |
| | | | Balance | | | | | |
| | 1485595 | | Bill | Sep 14 2005 | | | | |
| | 1485595 | | Payment | Dec 28 2005 | | | | |
| | | | Balance | | | | | |
| | 1506262 | | Bill | Oct 18 2005 | | | | |
| | 1506262 | | Payment | Dec 28 2005 | | | | |
| | | | Balance | | | | | |
| | 1524209 | | Bill | Nov 12 2005 | | | | |
| | 1524209 | | Payment | Dec 28 2005 | | | | |
| | | | Balance | | | | | |
| | 1540403 | | Bill | Dec  8 2005 | | | | |
| | 1540403 | | Payment | Dec 28 2005 | | | | |
| | | | Balance | | | | | |
| | 1554771 | | Bill | Jan  9 2006 | | | | |
| | 1554771 | | Payment | Nov 21 2007 | | | | |
| | | | Balance | | | | | |
| | 1571106 | | Bill | Feb  7 2006 | | | | |
| | 1571106 | | Payment | Nov 21 2007 | | | | |
| | | | Balance | | | | | |
| | 1602589 | | Bill | Mar 24 2006 | | | | |
| | 1602589 | | Payment | May 23 2006 | | | | |
| | | | Balance | | | | | |
| | 1618060 | | Bill | Apr 18 2006 | | | | |
| | 1618060 | | Payment | May 23 2006 | | | | |
| | | | Balance | | | | | |
| | 1629968 | | Bill | May  5 2006 | | | | |
| | 1629968 | | Payment | Jun 26 2006 | | | | |
| | | | Balance | | | | | |
| | 1656264 | | Bill | Jun  9 2006 | | | | |
| | 1656264 | | Payment | Jun 26 2006 | | | | |
| | | | Balance | | | | | |
| | 1679861 | | Bill | Jul 18 2006 | | | | |
| | 1679861 | | Payment | Dec  1 2006 | | | | |
| | | | Balance | | | | | |
| | 1691615 | | Bill | Aug  1 2006 | | | | |
| | 1691615 | | Payment | Dec  1 2006 | | | | |
| | | | Balance | | | | | |
| | 1722053 | | Bill | Sep 20 2006 | | | | |
| | 1722053 | | Payment | Dec  1 2006 | | | | |
| | | | Balance | | | | | |
| | 1736278 | | Bill | Oct 11 2006 | | | | |
| | 1736278 | | Payment | Dec  1 2006 | | | | |
| | | | Balance | | | | | |

REDACTED

**Greenberg Traurig**

**Bill Payment Report**
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

Date Printed: 7/2/2008
Page: 2
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 084164

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|---|---|---|---|---|---|---|---|---|
| | 1761875 | | Bill | Nov 13 2006 | | | | |
| | 1761875 | | Payment | Dec 1 2006 | | | | |
| | | | Balance | | | | | |
| | 1776640 | | Bill | Dec 6 2006 | | | | |
| | 1776640 | | Payment | Mar 12 2007 | | | | |
| | | | Balance | | | | | |
| | 1801185 | | Bill | Jan 12 2007 | | | | |
| | 1801185 | | Payment | Mar 12 2007 | | | | |
| | | | Balance | | | | | |
| | 1825214 | | Bill | Feb 15 2007 | | | | |
| | 1825214 | | Payment | Jun 4 2007 | | | | |
| | | | Balance | | | | | |
| | 1842428 | | Bill | Mar 13 2007 | | | | |
| | 1842428 | | Payment | Jun 4 2007 | | | | |
| | | | Balance | | | | | |
| | 1860866 | | Bill | Apr 12 2007 | | | | |
| | 1860866 | | Bill | Jun 11 2007 | | | | |
| | | | Balance | | | | | |
| | 1898728 | | Bill | Jun 5 2007 | | | | |
| | 1898728 | | Credit Applied | Jun 5 2007 | | | | |
| | 1898728 | | Payment | Jun 29 2007 | | | | |
| | | | Balance | | | | | |
| | 1908286 | | Bill | Jun 11 2007 | | | | |
| | 1908286 | | Payment | Nov 21 2007 | | | | |
| | | | Balance | | | | | |
| | 1922054 | | Bill | Jul 31 2007 | | | | |
| | 1922054 | | Payment | Aug 20 2007 | | | | |
| | | | Balance | | | | | |
| | 1948779 | | Bill | Aug 14 2007 | | REDACTED | | |
| | 1948779 | | Payment | Nov 21 2007 | | | | |
| | | | Balance | | | | | |
| | 1973234 | | Bill | Sep 19 2007 | | | | |
| | 1973234 | | Bill | Oct 3 2007 | | | | |
| | | | Balance | | | | | |
| | 1981997 | | Bill | Oct 3 2007 | | | | |
| | 1981997 | | Bill | Oct 3 2007 | | | | |
| | | | Balance | | | | | |
| | 1982050 | | Bill | Oct 3 2007 | | | | |
| | 1982050 | | Payment | Nov 21 2007 | | | | |
| | | | Balance | | | | | |
| | 1987273 | | Bill | Oct 8 2007 | | | | |
| | 1987273 | | Payment | Nov 21 2007 | | | | |
| | | | Balance | | | | | |
| | 2033201 | | Bill | Dec 4 2007 | | | | |
| | 2033201 | | Credit Applied | Dec 4 2007 | | | | |
| | | | Balance | | | | | |
| | 2049027 | | Bill | Dec 26 2007 | | | | |
| | 2049027 | | Credit Applied | Dec 26 2007 | | | | |
| | | | Balance | | | | | |
| | 2066029 | | Bill | Jan 23 2008 | | | | |
| | 2066029 | | Credit Applied | Jan 23 2008 | | | | |
| | | | Balance | | | | | |
| | 2124452 | | Bill | Apr 14 2008 | | | | |
| | | | Balance | | | | | |
| | 2155075 | | Bill | May 20 2008 | | | | |
| | | | Balance | | | | | |
| | 2177938 | | Bill | Jun 20 2008 | | | | |
| | 2177938 | | Bill | Jun 20 2008 | | | | |
| | | | Balance | | | | | |
| | 2177940 | | Bill | Jun 20 2008 | | | | |
| | | | Balance | | | | | |

Date Printed: 7/2/2008
Page: 3
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**

Bill Payment Report
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 084164

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|-------|----------|--------|------------------|------|------|-------|-------|-------------|
| **010000 Totals** | | | **Total Billed** | | | | | |
| | | | **Total Payments** | | | | | |
| | | | **Total Credits Applied** | | | | | |
| | | | **Total Adjustments** | | | | | |
| | | | **Balance** | | | | | |
| | 1365950 | | Bill | Feb 22 2005 | | | | |
| | 1365950 | | Payment | Jun 24 2005 | | | | |
| | | | **Balance** | | | | | |
| | 1382831 | | Bill | Mar 24 2005 | | | | |
| | 1382831 | | Payment | Jun 24 2005 | | | | |
| | | | **Balance** | | | | | |
| | 1383057 | | Bill | Mar 24 2005 | | | | |
| | 1383057 | | Payment | Jun 24 2005 | | | | |
| | | | **Balance** | | | | | |
| | 1402884 | | Bill | Apr 29 2005 | | | | |
| | 1402884 | | Payment | Jul 8 2005 | | | | |
| | | | **Balance** | | | | | |
| | 1414886 | | Bill | May 13 2005 | | | | |
| | 1414886 | | Payment | Jul 8 2005 | | | | |
| | | | **Balance** | | | | | |
| | 1424621 | | Bill | Jun 7 2005 | | | | |
| | 1424621 | | Payment | Oct 13 2005 | | | | |
| | | | **Balance** | | | | | |
| | 1451205 | | Bill | Jul 20 2005 | | | | |
| | 1451205 | | Payment | Oct 13 2005 | | | | |
| | | | **Balance** | | | | | |
| | 1462288 | | Bill | Aug 9 2005 | | | | |
| | 1462288 | | Payment | Oct 13 2005 | | | | |
| | | | **Balance** | | | | | |
| | 1485596 | | Bill | Sep 14 2005 | | | | |
| | 1485596 | | Payment | Dec 28 2005 | | | | |
| | | | **Balance** | | | | | |
| | 1506263 | | Bill | Oct 18 2005 | | | | |
| | 1506263 | | Payment | Dec 28 2005 | | | | |
| | | | **Balance** | | | | | |
| | 1524210 | | Bill | Nov 12 2005 | | | | |
| | 1524210 | | Payment | Dec 28 2005 | | | | |
| | | | **Balance** | | | | | |
| | 1540404 | | Bill | Dec 8 2005 | | | | |
| | 1540404 | | Payment | Dec 28 2005 | | | | |
| | | | **Balance** | | | | | |
| | 1554772 | | Bill | Jan 9 2006 | | | | |
| | 1554772 | | Payment | Apr 12 2006 | | | | |
| | | | **Balance** | | | | | |
| | 1571107 | | Bill | Feb 7 2006 | | | | |
| | 1571107 | | Payment | Apr 12 2006 | | | | |
| | | | **Balance** | | | | | |
| | 1602590 | | Bill | Mar 24 2006 | | | | |
| | 1602590 | | Payment | May 23 2006 | | | | |
| | | | **Balance** | | | | | |
| | 1618197 | | Bill | Apr 18 2006 | | | | |
| | 1618197 | | Payment | May 23 2006 | | | | |
| | | | **Balance** | | | | | |
| | 1629717 | | Bill | May 5 2006 | | | | |
| | 1629717 | | Payment | Jun 26 2006 | | | | |
| | | | **Balance** | | | | | |
| | 1656519 | | Bill | Jun 9 2006 | | | | |
| | 1656519 | | Payment | Jun 26 2006 | | | | |
| | | | **Balance** | | | | | |
| | 1679862 | | Bill | Jul 18 2006 | | | | |
| | 1679862 | | Payment | Dec 1 2006 | | | | |
| | | | **Balance** | | | | | |



Date Printed: 7/2/2008
Page: 4
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**
Bill Payment Report
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 084164

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|---|---|---|---|---|---|---|---|---|
| | 1691571 | | Bill | Aug  7 2006 | | | | |
| | 1691571 | | Payment | Dec  1 2006 | | | | |
| | | | Balance | | | | | |
| | 1703272 | | Bill | Aug 18 2006 | | | | |
| | 1703272 | | Payment | Dec  1 2006 | | | | |
| | | | Balance | | | | | |
| | 1722163 | | Bill | Sep 20 2006 | | | | |
| | 1722163 | | Payment | Dec  1 2006 | | | | |
| | | | Balance | | | | | |
| | 1736279 | | Bill | Oct 11 2006 | | | | |
| | 1736279 | | Payment | Dec  1 2006 | | | | |
| | | | Balance | | | | | |
| | 1761876 | | Bill | Nov 13 2006 | | | | |
| | 1761876 | | Payment | Dec  1 2006 | | | | |
| | | | Balance | | | | | |
| | 1776641 | | Bill | Dec  6 2006 | | | | |
| | 1776641 | | Payment | Mar 12 2007 | | | | |
| | | | Balance | | | | | |
| | 1801186 | | Bill | Jan 12 2007 | | | | |
| | 1801186 | | Payment | Mar 12 2007 | | | | |
| | | | Balance | | | | | |
| | 1825215 | | Bill | Feb 15 2007 | | | | |
| | 1825215 | | Payment | Jun  4 2007 | | | | |
| | 1825215 | | Payment | Nov 21 2007 | | | | |
| | | | Balance | | | | | |
| | 1842429 | | Bill | Mar 13 2007 | | | | |
| | 1842429 | | Payment | Jun  4 2007 | | | | |
| | 1842429 | | Payment | Nov 21 2007 | | | | |
| | | | Balance | | | | | |
| | 1860869 | | Bill | Apr 12 2007 | | | | |
| | 1860869 | | Payment | Jun  4 2007 | | | | |
| | | | Balance | | | | | |
| | 1884018 | | Bill | May 10 2007 | | | | |
| | 1884018 | | Payment | Jun  4 2007 | | | | |
| | | | Balance | | | | | |
| | 1898730 | | Bill | Jun  5 2007 | | | | |
| | 1898730 | | Payment | Jun 29 2007 | | | | |
| | | | Balance | | | | | |
| | 1922055 | | Bill | Jul 31 2007 | | | | |
| | 1922055 | | Payment | Aug 20 2007 | | | | |
| | | | Balance | | | | | |
| | 1948780 | | Bill | Aug 14 2007 | | | | |
| | 1948780 | | Payment | Nov 21 2007 | | | | |
| | | | Balance | | | | | |
| | 1973235 | | Bill | Sep 19 2007 | | | | |
| | 1973235 | | Payment | Nov 21 2007 | | | | |
| | | | Balance | | | | | |
| | 1987274 | | Bill | Oct  8 2007 | | | | |
| | 1987274 | | Payment | Nov 21 2007 | | | | |
| | | | Balance | | | | | |
| | 2014513 | | Bill | Nov  9 2007 | | | | |
| | 2014513 | | Payment | Nov 21 2007 | | | | |
| | | | Balance | | | | | |
| | 2033202 | | Bill | Dec  4 2007 | | | | |
| | 2033202 | | Credit Applied | Dec  4 2007 | | | | |
| | | | Balance | | | | | |
| | 2066143 | | Bill | Jan 23 2008 | | | | |
| | | | Balance | | | | | |
| | 2074166 | | Bill | Feb  7 2008 | | | | |
| | | | Balance | | | | | |
| | 2099070 | | Bill | Mar 11 2008 | | | | |
| | | | Balance | | | | | |
| | 2124453 | | Bill | Apr 14 2008 | | | | |
| | | | Balance | | | | | |

REDACTED

Date Printed: 7/2/2008
Page: 5
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**

**Bill Payment Report**
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 084164

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|---|---|---|---|---|---|---|---|---|
| | 2155133 | | Bill Balance | May 20 2008 | | | | |
| | 2177937 | | Bill Balance | Jun 20 2008 | | | | |

**010100 Totals**

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

REDACTED

**Report Totals:**

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

# EXHIBIT C

Date Printed: 7/2/2008
Page: 1
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**

**Bill Payment Report**
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by.Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 041634

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|---|---|---|---|---|---|---|---|---|
| **041634 RFR Realty LLC** | | | | | | | | |
| **010100 Labor** | | | | | | | | |
| RFR Realty LLC | 713741 713741 | | Bill Payment Balance | Mar 15 2001 Apr 6 2001 | | | | |
| RFR Realty LLC | 725930 725930 | | Bill Payment Balance | Apr 17 2001 May 11 2001 | | | | |
| RFR Realty LLC | 738098 738098 | | Bill Payment Balance | May 14 2001 Jun 18 2001 | | | | |
| RFR Realty LLC | 750951 750951 | | Bill Payment Balance | Jun 13 2001 Jul 30 2001 | | | | |
| 521 FIFTH AVENUE PARTNER! | 768057 768057 | | Bill Payment Balance | Jul 19 2001 Feb 7 2002 | | | | |
| Park Avenue 400 Partnership | 776189 776189 | | Bill Payment Balance | Aug 15 2001 Sep 28 2001 | | | | |
| 521 FIFTH AVENUE PARTNER! | 783891 783891 | | Bill Payment Balance | Sep 13 2001 Feb 7 2002 | | | | |
| 521 FIFTH AVENUE PARTNER! | 799404 799404 | | Bill Payment Balance | Oct 11 2001 Feb 7 2002 | | | | |
| 521 FIFTH AVENUE PARTNER! | 808813 808813 | | Bill Payment Balance | Nov 8 2001 Feb 7 2002 | | | | |
| RFR Realty LLC | 837237 837237 | | Bill Payment Balance | Jan 16 2002 Feb 19 2002 | | | | |
| 521 FIFTH AVENUE PARTNER! | 857315 857315 | | Bill Payment Balance | Mar 8 2002 Apr 4 2002 | | | | |
| RFR Realty LLC | 932519 932519 | | Bill Payment Balance | Sep 11 2002 Oct 28 2002 | | | | |
| RFR Realty LLC | 943848 943848 | | Bill Payment Balance | Oct 7 2002 Oct 28 2002 | | | | |
| RFR Realty LLC | 960325 960325 | | Bill Payment Balance | Nov 11 2002 Jun 9 2003 | | | | |
| 757 3RD AVENUE ASSOC | 1081854 1081854 | | Bill Payment Balance | Aug 12 2003 Oct 13 2003 | | | | |
| 757 3rd Ave Associates LLC | 1111458 1111458 | | Bill Payment Balance | Oct 10 2003 Nov 25 2003 | | | | |
| GP 275 MADISON LLC | 1125242 1125242 1125242 | | Bill Credit Applied Payment Balance | Nov 11 2003 Jan 14 2004 Feb 20 2004 | | | | |
| 375 PARK AVENUE LP | 1172365 1172365 | | Bill Payment Balance | Feb 20 2004 Mar 10 2004 | | | | |
| | 1196465 1196465 | | Bill Credit Applied Balance | Apr 12 2004 Apr 12 2004 | | | | |
| RFR Realty LLC | 1215594 1215594 | | Bill Payment Balance | May 12 2004 Jun 4 2004 | | | | |
| Park Avenue 400 Partnership | 1230396 1230396 | | Bill Payment | Jun 9 2004 Jul 23 2004 | | | | |

REDACTED

Date Printed: 7/2/2008
Page: 2
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**

**Bill Payment Report**
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 041634

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|---|---|---|---|---|---|---|---|---|
| | | | Balance | | | | | |
| | 1275053 | | Bill | Sep 9 2004 | | | | |
| Land America Commonwealth | 1275053 | | Payment | Oct 27 2004 | | | | |
| | | | Balance | | | | | |
| | 1291647 | | Bill | Oct 7 2004 | | | | |
| 99 Wall Associates LLC | 1291647 | | Payment | Nov 30 2004 | | | | |
| | | | Balance | | | | | |
| | 1313038 | | Bill | Nov 9 2004 | | | | |
| RFR Realty LLC | 1313038 | | Payment | Dec 6 2004 | | | | |
| | | | Balance | | | | | |
| | 1333714 | | Bill | Dec 13 2004 | | | | |
| | 1333714 | | Credit Applied | Dec 13 2004 | | | | |
| | | | Balance | | | | | |
| | 1343031 | | Bill | Jan 11 2005 | | | | |
| | 1343031 | | Credit Applied | Oct 10 2006 | | | | |
| | | | Balance | | | | | |
| | 1372362 | | Bill | Mar 8 2005 | | | | |
| | 1372362 | | Credit Applied | Mar 8 2005 | | | | |
| | | | Balance | | | | | |
| | 1391724 | | Bill | Apr 11 2005 | | | | |
| | 1391724 | | Credit Applied | Apr 11 2005 | | | | |
| RFR SF 17 State Street LP | 1391724 | | Payment | May 11 2005 | | | | |
| | | | Balance | | | | | |
| | 1431040 | | Bill | Jun 22 2005 | | | | |
| RFR | 1431040 | | Payment | Jul 14 2005 | | | | |
| | | | Balance | | | | | |
| | 1444569 | | Bill | Jul 12 2005 | | | | |
| RFR Realty LLC | 1444569 | | Payment | Sep 20 2005 | | | | |
| | | | Balance | | | | | |
| | 1462555 | | Bill | Aug 10 2005 | | | | |
| RFR SF 17 State Street LP | 1462555 | | Payment | Nov 11 2005 | | | | |
| | | | Balance | | | | | |
| | 1482549 | | Bill | Sep 12 2005 | | | | |
| RFR SF 17 State Street LP | 1482549 | | Payment | Nov 11 2005 | | | | |
| | | | Balance | | | | | |
| | 1498716 | | Bill | Oct 10 2005 | | | | |
| RFR Realty LLC | 1498716 | | Payment | Nov 14 2005 | | | | |
| | | | Balance | | | | | |
| | 1517813 | | Bill | Nov 8 2005 | | | | |
| RFR Realty LLC | 1517813 | | Payment | Jan 10 2006 | | | | |
| | | | Balance | | | | | |
| | 1542858 | | Bill | Dec 12 2005 | | | | |
| RFD 55TH Street Holdings | 1542858 | | Payment | Apr 25 2006 | | | | |
| | | | Balance | | | | | |
| | 1555775 | | Bill | Jan 10 2006 | | | | |
| 521 Fifth Avenue Partners LLC | 1555775 | | Payment | Feb 28 2006 | | | | |
| | | | Balance | | | | | |
| | 1569228 | | Bill | Feb 6 2006 | | | | |
| RFR Realty LLC | 1569228 | | Payment | Mar 6 2006 | | | | |
| | | | Balance | | | | | |
| | 1592125 | | Bill | Mar 8 2006 | | | | |
| RFD 55TH Street Holdings | 1592125 | | Payment | Apr 25 2006 | | | | |
| | | | Balance | | | | | |
| | 1618538 | | Bill | Apr 17 2006 | | | | |
| RFR Realty LLC | 1618538 | | Payment | Jun 30 2006 | | | | |
| | | | Balance | | | | | |
| | 1635075 | | Bill | May 9 2006 | | | | |
| RFR Realty LLC | 1635075 | | Payment | Jun 5 2006 | | | | |
| | | | Balance | | | | | |
| | 1657700 | | Bill | Jun 20 2006 | | | | |
| RFR Realty LLC | 1657700 | | Payment | Jul 13 2006 | | | | |
| | | | Balance | | | | | |
| | 1674765 | | Bill | Jul 12 2006 | | | | |
| RFR Realty LLC | 1674765 | | Payment | Aug 2 2006 | | | | |

REDACTED

Date Printed: 7/2/2008
Page: 3
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**

**Bill Payment Report**
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 041634

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|---|---|---|---|---|---|---|---|---|
| | | | Balance | | | | | |
| | 1696587 | | Bill | Aug 9 2006 | | | | |
| | 1696587 | | Credit Applied | Oct 10 2006 | | | | |
| | | | Balance | | | | | |
| | 1735162 | | Bill | Oct 10 2006 | | | | |
| | 1735162 | | Credit Applied | Oct 10 2006 | | | | |
| RFD 55TH Street | 1735162 | | Payment | Dec 15 2006 | | | | |
| | | | Balance | | | | | |
| RFR Realty LLC | 1778914 | | Bill | Dec 7 2006 | | | | |
| | 1778914 | | Payment | Jul 11 2007 | | | | |
| | | | Balance | | | | | |
| RFR Realty LLC | 1797485 | | Bill | Jan 9 2007 | | | | |
| | 1797485 | | Payment | Jul 11 2007 | | | | |
| | | | Balance | | | | | |
| | 1815853 | | Bill | Feb 6 2007 | | | | |
| | 1815853 | | Credit Applied | Feb 6 2007 | | | | |
| RFR Realty LLC | 1815853 | | Payment | Apr 11 2007 | | | | |
| | | | Balance | | | | | |
| RFR Realty LLC | 1835732 | | Bill | Mar 7 2007 | | | | |
| | 1835732 | | Payment | Apr 11 2007 | | | | |
| | | | Balance | | | | | |
| RFR Realty LLC | 1857343 | | Bill | Apr 10 2007 | | | | |
| | 1857343 | | Payment | May 11 2007 | | | | |
| | | | Balance | | | | | |
| RFR Realty LLC | 1884657 | | Bill | May 10 2007 | | | | |
| | 1884657 | | Payment | Jul 11 2007 | | | | |
| | | | Balance | | | | | |
| RFR Realty LLC | 1902011 | | Bill | Jun 6 2007 | | | | |
| | 1902011 | | Payment | Jul 11 2007 | | | | |
| | | | Balance | | | | | |
| RFR Realty LLC | 1920220 | | Bill | Jul 9 2007 | | | | |
| | 1920220 | | Payment | Aug 3 2007 | | | | |
| | | | Balance | | | | | |
| RFR Realty LLC | 1939845 | | Bill | Aug 6 2007 | | | | |
| | 1939845 | | Payment | Jan 14 2008 | | | | |
| | | | Balance | | | | | |
| | 1963919 | | Bill | Sep 10 2007 | | | | |
| | 1963919 | | Bill | Nov 14 2007 | | | | |
| | | | Balance | | | | | |
| RFR Realty LLC | 1987985 | | Bill | Oct 8 2007 | | | | |
| | 1987985 | | Payment | Feb 28 2008 | | | | |
| | | | Balance | | | | | |
| RFR Realty LLC | 2019944 | | Bill | Sep 10 2007 | | | | |
| | 2019944 | | Payment | Feb 28 2008 | | | | |
| | | | Balance | | | | | |
| RFR Realty LLC | 2019951 | | Bill | Nov 14 2007 | | | | |
| | 2019951 | | Payment | Feb 28 2008 | | | | |
| | | | Balance | | | | | |
| RFR Realty LLC | 2035137 | | Bill | Dec 5 2007 | | | | |
| | 2035137 | | Payment | Jan 14 2008 | | | | |
| | | | Balance | | | | | |
| | 2078033 | | Bill | Feb 11 2008 | | | | |
| | 2078033 | | Credit Applied | Jun 5 2008 | | | | |
| RFR Realty LLC | 2078033 | | Payment | Jun 9 2008 | | | | |
| | | | Balance | | | | | |
| | 2095931 | | Bill | Mar 7 2008 | | | | |
| | | | Balance | | | | | |
| | 2120473 | | Bill | Apr 9 2008 | | | | |
| 757 3RD Ave Assoc. | 2120473 | | Payment | May 23 2008 | | | | |
| | | | Balance | | | | | |

REDACTED

**Greenberg Traurig**

Date Printed: 7/2/2008
Page: 4
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Bill Payment Report**
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 041634

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|-------|----------|--------|------------------|------|------|-------|-------|-------------|

**010100 Totals**

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

**010200  160 Fifth Avenue**

| | 1418659 | | Bill | May 20 2005 | | | | |
| RFR Realty LLC | 1418659 | | Payment | Jul 22 2005 | | | | |
| | | | Balance | | | | | |
| | 1444615 | | Bill | Jul 12 2005 | | | | |
| 160 Fifth Owner LLC | 1444615 | | Payment | Sep 28 2005 | | | | |
| | | | Balance | | | | | |
| | 1462628 | | Bill | Aug 10 2005 | | | | |
| 160 Fifth Owner LLC | 1462628 | | Payment | Nov 21 2005 | | | | |
| | | | Balance | | | | | |
| | 1482590 | | Bill | Sep 12 2005 | | | | |
| 160 Fifth Owner LLC | 1482590 | | Payment | Oct 24 2005 | | | | |
| | | | Balance | | | | | |
| | 1498740 | | Bill | Oct 10 2005 | | | | |
| 160 Fifth Owner LLC | 1498740 | | Payment | Feb  3 2006 | | | | |
| | | | Balance | | | | | |
| | 1517850 | | Bill | Nov  8 2005 | | | | |
| 160 Fifth Owner LLC | 1517850 | | Payment | Feb  3 2006 | | | | |
| | | | Balance | | | | | |
| | 1542920 | | Bill | Dec 12 2005 | | | | |
| 160 Fifth Realty LLC | 1542920 | | Payment | Jan  4 2006 | | | | |
| | | | Balance | | | | | |

REDACTED

**010200 Totals**

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

**010300  Rivervue**

| | 1436292 | | Bill | Jun 22 2005 | | | | |
| Scarsdale Avenue Historic | 1436292 | | Payment | Jul 21 2005 | | | | |
| | | | Balance | | | | | |

**010300 Totals**

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

**RFR Realty LLC Totals**

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

**Report Totals:**

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

# EXHIBIT D

Date Printed: 7/2/2008
Page: 1
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**

**Bill Payment Report**
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 067755

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|-------|----------|--------|------------------|------|------|-------|-------|-------------|
| **067755  Century 21 Department Store LLC** | | | | | | | | |
| **010100  24-26 Cortland Street** | | | | | | | | |
| | 1220168 | | Bill | May 20 2004 | | | | |
| | 1220168 | | Credit Applied | May 20 2004 | | | | |
| | | | Balance | | | | | |
| | 1237414 | | Bill | Jun 23 2004 | | | | |
| | 1237414 | | Credit Applied | Jun 23 2004 | | | | |
| | 1237414 | | Credit Applied | Jun 24 2004 | | | | |
| | 1237414 | | Bill | Jun 24 2004 | | | | |
| | | | Balance | | | | | |
| | 1237695 | | Bill | Jun 24 2004 | | | | |
| | 1237695 | | Credit Applied | Jun 24 2004 | | | | |
| | | | Balance | | | | | |
| **010100 Totals** | | | | | | | | |
| | | | Total Billed | | | | | |
| | | | Total Payments | | | | | |
| | | | Total Credits Applied | | | | | |
| | | | Total Adjustments | | | | | |
| | | | Balance | | | | | |
| **010200  Bank Building Variance** | | | | | | | | |
| | 1235888 | | Bill | Jun 17 2004 | | | | |
| | 1235888 | | Credit Applied | Jun 17 2004 | | | | |
| | 1235888 | | Credit Applied | Feb 17 2005 | | | | |
| | 1235888 | | Bill | Feb 17 2005 | | | | |
| | | | Balance | | | | | |
| | 1295572 | | Bill | Oct 12 2004 | | | | |
| | 1295572 | | Credit Applied | Oct 12 2004 | | | | |
| | 1295572 | | Credit Applied | Feb 17 2005 | | | | |
| | 1295572 | | Bill | Feb 17 2005 | | | | |
| | | | Balance | | | | | |
| | 1329884 | | Bill | Dec  8 2004 | | | | |
| Century 21 Department Store LL | 1329884 | | Payment | Dec 23 2004 | | | | |
| | | | Balance | | | | | |
| | 1331896 | | Bill | Dec  9 2004 | | | | |
| | 1331896 | | Credit Applied | Dec  9 2004 | | | | |
| | 1331896 | | Credit Applied | Feb 17 2005 | | | | |
| | 1331896 | | Bill | Feb 17 2005 | | | | |
| | | | Balance | | | | | |
| | 1363955 | | Bill | Feb 17 2005 | | | | |
| Century 21 Department Store LL | 1363955 | | Payment | Mar 11 2005 | | | | |
| | | | Balance | | | | | |
| | 1365240 | | Bill | Feb 18 2005 | | | | |
| | 1365240 | | Credit Applied | Feb 18 2005 | | | | |
| | | | Balance | | | | | |
| | 1455147 | | Bill | Jul 27 2005 | | | | |
| | 1455147 | | Credit Applied | Jul 27 2005 | | | | |
| | 1455147 | | Credit Applied | Aug  9 2005 | | | | |
| | 1455147 | | Bill | Aug 16 2005 | | | | |
| | | | Balance | | | | | |
| | 1455244 | | Bill | Jul 28 2005 | | | | |
| | 1455244 | | Credit Applied | Jul 28 2005 | | | | |
| | | | Balance | | | | | |
| | 1528225 | | Bill | Nov 21 2005 | | | | |
| | 1528225 | | Credit Applied | Nov 21 2005 | | | | |
| | | | Balance | | | | | |
| **010200 Totals** | | | | | | | | |
| | | | Total Billed | | | | | |
| | | | Total Payments | | | | | |
| | | | Total Credits Applied | | | | | |
| | | | Total Adjustments | | | | | |
| | | | Balance | | | | | |
| **010300  Dispute with Mayore Estates, LLC & 80 La** | | | | | | | | |
| | 1454685 | | Bill | Jul 26 2005 | | | | |
| Century 21 Department Store LL | 1454685 | | Payment | Aug 26 2005 | | | | |
| | | | Balance | | | | | |
| | 1508221 | | Bill | Oct 21 2005 | | | | |
| Century 21 | 1508221 | | Payment | Nov  7 2005 | | | | |

REDACTED

Date Printed: 7/2/2008
Page: 2
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**
**Bill Payment Report**
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 067755

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|-------|----------|--------|------------------|------|------|-------|-------|-------------|
| | | | Balance | | | | | |
| | 1585585 | | Bill | Feb 28 2006 | | | | |
| Century 21 Department Store LL | 1585585 | | Payment | Mar 27 2006 | | | | |
| | | | Balance | | | | | |
| | 1638889 | | Bill | May 11 2006 | | | | |
| Century 21 Department Store LL | 1638889 | | Payment | Jun 5 2006 | | | | |
| | | | Balance | | | | | |
| **010300 Totals** | | | **Total Billed** | | | | | |
| | | | **Total Payments** | | | | | |
| | | | **Total Credits Applied** | | | | | |
| | | | **Total Adjustments** | | | | | |
| | | | **Balance** | | | | | |
| **010400  Bay Ridge Expansion** | | | | | | | | |
| | 1508220 | | Bill | Oct 21 2005 | | | | |
| Century 21 | 1508220 | | Payment | Nov 7 2005 | | | | |
| | | | Balance | | | | | |
| | 1526468 | | Bill | Nov 16 2005 | | | | |
| Century 21 Department Store LL | 1526468 | | Payment | Dec 5 2005 | | | | |
| | | | Balance | | | | | |
| | 1585586 | | Bill | Feb 28 2006 | | | | |
| Century 21 Department Store LL | 1585586 | | Payment | Mar 27 2006 | | | | |
| | | | Balance | | | | | |
| | 1638892 | | Bill | May 11 2006 | | | | |
| Century 21 Department Store LL | 1638892 | | Payment | Jun 5 2006 | | | | |
| | | | Balance | | | | | |
| | 1682018 | | Bill | Jul 21 2006 | | | | |
| Century 21 Department Store LL | 1682018 | | Payment | Aug 31 2006 | | | | |
| | | | Balance | | | | | |
| | 1719807 | | Bill | Sep 18 2006 | | | | |
| Century 21 Department Store LL | 1719807 | | Payment | Oct 20 2006 | | | | |
| | | | Balance | | | | | |
| | 1744118 | | Bill | Oct 24 2006 | | | | |
| Century 21 Department Store LL | 1744118 | | Payment | Nov 14 2006 | | | | |
| | | | Balance | | | | | |
| | 1786545 | | Bill | Dec 17 2006 | | | | |
| Century 21 Department Store LL | 1786545 | | Payment | Jan 8 2007 | | | | |
| | | | Balance | | | | | |
| | 1828264 | | Bill | Feb 22 2007 | | | | |
| Century 21 Department Store LL | 1828264 | | Payment | Mar 15 2007 | | | | |
| | | | Balance | | | | | |
| | 1869471 | | Bill | Apr 26 2007 | | | | |
| Century 21 Department Store LL | 1869471 | | Payment | May 15 2007 | | | | |
| | | | Balance | | | | | |
| | 1892012 | | Bill | May 24 2007 | | | | |
| Century 21 Department Store LL | 1892012 | | Payment | Jun 4 2007 | | | | |
| | | | Balance | | | | | |
| | 1905643 | | Bill | Jun 8 2007 | | | | |
| Century 21 Department Store LL | 1905643 | | Payment | Jun 25 2007 | | | | |
| | | | Balance | | | | | |
| | 1942447 | | Bill | Aug 8 2007 | | | | |
| Century 21 Department Store LL | 1942447 | | Payment | Oct 16 2007 | | | | |
| | | | Balance | | | | | |
| | 1993648 | | Bill | Oct 15 2007 | | | | |
| Century 21 Department Store LL | 1993648 | | Payment | Nov 2 2007 | | | | |
| | | | Balance | | | | | |
| | 2021567 | | Bill | Nov 19 2007 | | | | |
| Century 21 Department Store LL | 2021567 | | Payment | Dec 13 2007 | | | | |
| | | | Balance | | | | | |
| | 2066667 | | Bill | Jan 24 2008 | | | | |
| Century 21 Department Store LL | 2066667 | | Payment | Feb 8 2008 | | | | |
| | | | Balance | | | | | |
| | 2088066 | | Bill | Feb 26 2008 | | | | |
| Century 21 Department Store LL | 2088066 | | Payment | Mar 7 2008 | | | | |

REDACTED

**Greenberg Traurig**

**Bill Payment Report**
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

Date Printed: 7/2/2008
Page: 3
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 067755

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|---|---|---|---|---|---|---|---|---|
| | | | **Balance** | | | | | |
| | 2103840 | | **Bill** | Mar 17 2008 | | | | |
| Century 21 Department Store LL | 2103840 | | Payment | Apr 3 2008 | | | | |
| | | | **Balance** | | | | | |
| | 2133135 | | **Bill** | Apr 25 2008 | | | | |
| Century 21 Department Store LL | 2133135 | | Payment | May 13 2008 | | | | |
| | | | **Balance** | | | | | |
| | 2154585 | | **Bill** | May 19 2008 | | | | |
| Century 21 Department Store LL | 2154585 | | Payment | Jun 2 2008 | | | | |
| | | | **Balance** | | | | | |

**010400 Totals**

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

**010600  287 Broadway - Zoning Advice**

| | 1578923 | | Bill | Feb 15 2006 | | | | |
| | 1578923 | | Credit Applied | Feb 24 2006 | | | | |
| | 1578923 | | Credit Applied | Feb 24 2006 | | | | |
| | 1578923 | | Credit Applied | Feb 24 2006 | | | | |
| Greenberg Traurig | 1578923 | | Payment | Mar 6 2006 | | | | |
| | | | Balance | | | | | |
| | 1642937 | | Bill | May 18 2006 | | | | |
| | 1642937 | | Credit Applied | Jun 29 2006 | | | | |
| Century 21 Department Store LL | 1642937 | | Payment | Nov 6 2006 | | | | |
| | | | Balance | | | | | |

**REDACTED**

**010600 Totals**

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

**010700 - Re-Argument - 24 Cortlandt Street**

| | 1585587 | | Bill | Feb 28 2006 | | | | |
| Century 21 Department Store LL | 1585587 | | Payment | Mar 27 2006 | | | | |
| | | | Balance | | | | | |
| | 1638906 | | Bill | May 11 2006 | | | | |
| Century 21 Department Store LL | 1638906 | | Payment | Jun 5 2006 | | | | |
| | | | Balance | | | | | |
| | 1682027 | | Bill | Jul 21 2006 | | | | |
| Century 21 Department Store LL | 1682027 | | Payment | Aug 31 2006 | | | | |
| | | | Balance | | | | | |
| | 1905648 | | Bill | Jun 8 2007 | | | | |
| Century 21 Department Store LL | 1905648 | | Payment | Jun 25 2007 | | | | |
| | | | Balance | | | | | |

**010700 Totals**

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

**010800  Rego Park**

| | 1786576 | | Bill | Dec 17 2006 | | | | |
| Century 21 Department Store LL | 1786576 | | Payment | Jan 8 2007 | | | | |
| | | | Balance | | | | | |
| | 1828291 | | Bill | Feb 22 2007 | | | | |
| Century 21 Department Store LL | 1828291 | | Payment | Mar 15 2007 | | | | |
| | | | Balance | | | | | |
| | 1869489 | | Bill | Apr 26 2007 | | | | |
| Century 21 Department Store LL | 1869489 | | Payment | May 15 2007 | | | | |
| | | | Balance | | | | | |
| | 1892036 | | Bill | May 24 2007 | | | | |
| Century 21 Department Store LL | 1892036 | | Payment | Jun 4 2007 | | | | |

Date Printed: 7/2/2008
Page: 4
By: RODRIGUEZAL
BPR
Database: CMSOPEN
Currency: USD

**Greenberg Traurig**

**Bill Payment Report**
Invoices Dates From 01-01-80 thru 07-02-2008
Payments thru 07-02-2008
Grouped by Client,Matter,
Sorted by Bill_num

All Offices
All Departments
All Job Titles
All Matter Classes
All Employees
Attorney status is Active or Inactive
Client Code 067755

| Payor | Bill no. | Check# | Transaction Type | Date | Fees | Costs | Total | On Acct A/R |
|-------|----------|--------|------------------|------|------|-------|-------|-------------|
| | | | Balance | | | | | |

**010800 Totals**

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

**Century 21 Department Store LLC Totals**

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

**Report Totals:**

Total Billed
Total Payments
Total Credits Applied
Total Adjustments
Balance

REDACTED