# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

RFR Holding LLC, et al.

                              Plaintiff,

v.                                                  Case No.: 1:08−cv−01555
                                                   Honorable Wayne R. Andersen

Ponte Gadea Florida, Inc, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2008:

       MINUTE entry before the Honorable Wayne R. Andersen:By agreement of the parties, the briefing schedule on defendant's motion to dismiss plaintiff's complaint is amended as follows: Response by 8/29/2008. Replies due by 9/19/2008. Ruling will be made by mail.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.