IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RFR HOLDING LLC and, <br> CENTURY 21 CHICAGO, LLC | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) <br> ) | No.   08 CV 1555 |
| v. | ) <br> ) | Hon. Wayne R. Andersen |
| PONTE GADEA FLORIDA, INC. and <br> CHICAGO MICHIGAN, LLC, | ) <br> ) <br> ) | Magistrate Judge Cole |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:**   See Attached Service List

    **PLEASE TAKE NOTICE** that on Friday, August 22, 2008, Plaintiffs RFR Holding LLC and Century 21 Chicago, LLC filed their **Reply Memorandum of Law**, a copy of which is hereby served upon you.

    Respectfully submitted,

                                                    RFR HOLDING LLC
                                                     CENTURY 21 CHICAGO LLC

                                                      By:   /s/  Mark Walfish
                                                           One of their Attorneys

Mark Walfish (Admitted *pro hac vice*)
KATSKY KORINS LLP
605 Third Avenue
New York, New York 10158-0038
(212) 953-6000

Lazar P. Raynal
Jocelyn D. Francoeur
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois  60606
Telephone: (312) 372-2000

- 2 -

## **CERTIFICATE OF SERVICE**

      I, Mark Walfish, an attorney, certify that on August 22, 2008, I caused a true and complete copy of this **Notice of Filing** to be served via CM/ECF mail upon:

Howard Kevin Jeruchimowitz
Rita M. Alliss Powers
Greenberg Traurig, L.L.P.
77 West Wacker Drive
Suite 2500
Chicago, IL  60601


      And via first-class mail upon:


Hilarie Bass
Greenberg Traurig LLP
1221 Brickell Avenue
Miamia, FL  33131


                                                                   s/ Mark Walfish


CHI99 5019321-1.052498.0085