**(Document Entered In Error)**

Case 1:08-cv-01555     Document 49-2     Filed 08/21/2008     Page 1 of 1