IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RFR HOLDING LLC and, ) <br> CENTURY 21 CHICAGO, LLC ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PONTE GADEA FLORIDA, INC. and ) <br> CHICAGO MICHIGAN, LLC, ) <br> ) <br> Defendants. ) | No.   08 CV 1555 <br><br> Hon. Wayne R. Andersen <br><br> Magistrate Judge Cole |

## NOTICE OF MOTION

**TO:**   See Attached Service List

**PLEASE TAKE NOTICE** that on Thursday, September 4, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Wayne R. Andersen, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present **Plaintiffs' Unopposed Motion For Leave To File Brief In Excess of Fifteen Pages**, *Instanter*, a copy of which is hereby served upon you.

          Respectfully submitted,

          RFR HOLDING LLC
          CENTURY 21 CHICAGO LLC

          By:   /s/ Mark Walfish
                     One of their Attorneys

Mark Walfish (Admitted *pro hac vice*)
KATSKY KORINS LLP
605 Third Avenue
New York, New York 10158-0038
(212) 953-6000

Lazar P. Raynal
Jocelyn D. Francoeur
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois  60606
Telephone: (312) 372-2000

- 2 -

## **CERTIFICATE OF SERVICE**

      I, Mark Walfish, an attorney, certify that on August 29, 2008, I caused a true and complete copy of this **Notice of Motion** to be served via CM/ECF mail upon:

Howard Kevin Jeruchimowitz
Rita M. Alliss Powers
Greenberg Traurig, L.L.P.
77 West Wacker Drive
Suite 2500
Chicago, IL  60601


      And via first-class mail upon:


Hilarie Bass
Greenberg Traurig LLP
1221 Brickell Avenue
Miamia, FL  33131


                                               s/ Mark Walfish


CHI99 5021274-1.052498.0085