IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RFR HOLDING LLC and, <br> CENTURY 21 CHICAGO, LLC | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | No.   08 CV 1555 |
| v. | ) <br> ) | Hon. Wayne R. Andersen |
| PONTE GADEA FLORIDA, INC. and <br> CHICAGO MICHIGAN, LLC, | ) <br> ) <br> ) | Magistrate Judge Cole |
| Defendants. | ) | |

## RE-NOTICE OF MOTION

**TO:**   See Attached Service List

**PLEASE TAKE NOTICE** that the previously scheduled hearing for **Plaintiffs' Unopposed Motion For Leave To File Brief In Excess of Fifteen Pages,** *Instanter*, which was set for September 4, 2008, at 9:00 a.m., has been rescheduled to September 11, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, in order to permit counsel for Defendants to appear.

Respectfully submitted,

RFR HOLDING LLC
CENTURY 21 CHICAGO LLC

By:   /s/  Mark Walfish
         One of their Attorneys

Mark Walfish (Admitted *pro hac vice*)
KATSKY KORINS LLP
605 Third Avenue
New York, New York 10158-0038
(212) 953-6000

Lazar P. Raynal
Jocelyn D. Francoeur
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois  60606
Telephone: (312) 372-2000

- 2 -

## **CERTIFICATE OF SERVICE**

      I, Mark Walfish, an attorney, certify that on August 29, 2008, I caused a true and complete copy of this **Re-Notice of Motion** to be served via CM/ECF mail upon:

Howard Kevin Jeruchimowitz
Rita M. Alliss Powers
Greenberg Traurig, L.L.P.
77 West Wacker Drive
Suite 2500
Chicago, IL  60601


      And via first-class mail upon:


Hilarie Bass
Greenberg Traurig LLP
1221 Brickell Avenue
Miamia, FL  33131


                                      s/ Mark Walfish

CHI99 5022698-1.052498.0085