## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| RFR HOLDING LLC and<br>CENTURY 21 CHICAGO, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PONTE GADEA FLORIDA, INC. and<br>CHICAGO MICHIGAN, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08 CV 1555<br><br>Judge Wayne R. Andersen<br><br>Magistrate Judge Cole |

### NOTICE OF MOTION

TO:   Mark Walfish                          Lazar P. Raynal
      KATSKY KORINS LLP                 Jocelyn D. Francoeur
      605 Third Avenue                      McDERMOTT WILL & EMERY LLP
      New York, New York 10158-0038   227 West Monroe Street
                                                      Chicago, Illinois  60606

PLEASE TAKE NOTICE that on September 11, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Anderson or any Judge that may be sitting in his place and stead, in Courtroom 1403 of the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, and present **MOTION FOR LEAVE TO FILE A SURREPLY TO PLAINTIFFS' MOTION TO DISQUALIFY**, a copy of which is hereby served upon you.

Dated: August 29, 2008                      PONTE GADEA FLORIDA, INC. and
                                                      CHICAGO MICHIGAN, LLC


                                                      By:    /s/ Rita M. Alliss Powers
                                                             One of Their Attorneys

Rita M. Alliss Powers, Esq.
Howard K. Jeruchimowitz, Esq.
Thomas E. Dutton, Esq.
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
(312) 456-8400

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically filed the foregoing **MOTION FOR LEAVE TO FILE A SURREPLY TO PLAINTIFFS' MOTION TO DISQUALIFY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.


_____ /s/ Rita M. Alliss Powers _____