IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RFR HOLDING LLC and, <br> CENTURY 21 CHICAGO, LLC | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | No.    08 CV 1555 |
| v. | ) <br> ) | Hon. Wayne R. Andersen |
| PONTE GADEA FLORIDA, INC. and <br> CHICAGO MICHIGAN, LLC, | ) <br> ) | Magistrate Judge Cole |
| Defendants. | ) <br> ) | |

## NOTICE OF FILING

**TO:**   See Attached Service List

**PLEASE TAKE NOTICE** that on Thursday, September 04, 2008, Plaintiffs RFR Holding LLC and Century 21 Chicago, LLC filed their **Opposition to Defendants' Motion for Leave to File a Surreply**, a copy of which is hereby served upon you.

Respectfully submitted,

RFR HOLDING LLC
CENTURY 21 CHICAGO LLC

By:   /s/  Mark Walfish
        One of their Attorneys

Mark Walfish (Admitted *pro hac vice*)
KATSKY KORINS LLP
605 Third Avenue
New York, New York 10158-0038
(212) 953-6000

Lazar P. Raynal
Jocelyn D. Francoeur
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois  60606
Telephone: (312) 372-2000

- 2 -

## **CERTIFICATE OF SERVICE**

      I, Mark Walfish, an attorney, certify that on September 4, 2008, I caused a true and complete copy of this **Notice of Filing** to be served via CM/ECF mail upon:

Howard Kevin Jeruchimowitz
Rita M. Alliss Powers
Greenberg Traurig, L.L.P.
77 West Wacker Drive
Suite 2500
Chicago, IL  60601

      And via first-class mail upon:

Hilarie Bass
Greenberg Traurig LLP
1221 Brickell Avenue
Miamia, FL  33131

                                                                           s/ Mark Walfish

CHI99 5024556-1.052498.0085